# EXHIBIT 1

**IRS Refund Forms 8849 for 2004/5 Claim – 5/16/05**

Charles copy


# The Helein Law Group, LLLP

Telecommunications
E Commerce
Technology
Corporate & Finance
Trademarks
Proprietary Rights
Complex Litigation
General Business Law

8180 Greensboro Drive
Suite 700
McLean, VA 22102

(703) 714-1300 (Telephone)
(703) 714-1330 (Facsimile)
mail@thlglaw.com

Writer's Direct Dial Number

(703) 714-1300

Writer's E-mail Address

chh@thlglaw.com


May 16, 2005

**<u>VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED</u>**

Internal Revenue Service
Cincinnati, Ohio 45999-0002

Re. Local Telecommunications – EIN 223488343
Form 8849 Claim for Refund of Taxes

Ladies and Gentlemen:

On behalf of Locus Telecommunications, Inc. ("Locus") transmitted herewith is its Form 8849 Claim for Refund of Excise Taxes and Schedule 6 Other Claims.

Should there be any questions regarding this matter, kindly contact the undersigned.

Respectfully submitted,

Charles H. Helein*

Enclosure

* See Form 2848 Power of Attorney for Charles H. Helein.

Form **2848**
(Rev. March 2004)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ Type or print. ▶ See the separate instructions.

OMB No. 1545-0150

**For IRS Use Only**
Received by:
Name ________
Telephone ________
Function ________
Date / /

**Part I** **Power of Attorney**

**Caution:** *Form 2848 will not be honored for any purpose other than representation before the IRS.*

1 **Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| **Locus Telecommunications**<br>**111 Sylvan Avenue**<br>**Englewood Cliffs, New Jersey 07632-1514** | : : <br> : : | **22 : 3488343** |
| | Daytime telephone number<br>( **201** ) **585-3600** | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

2 **Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| **Charles H. Helein**<br>**8180 Greensboro Drive, Suite 700**<br>**McLean, VA 22102** | CAF No. ........<br>Telephone No. **703-714-1301**<br>Fax No. **703-714-1330**<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. ........<br>Telephone No. ........<br>Fax No. ........<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. ........<br>Telephone No. ........<br>Fax No. ........<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

3 **Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| **Excise** | **8849 (720)** | **2001, 2002, 2003** |
| | | |
| | | |

4 **Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific uses not recorded on CAF** . . . . . . . . . ▶ ☑

5 **Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See **Unenrolled Return Preparer** on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section **10.3(d)** of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ........

6 **Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH**, refund checks, initial here ________ and list the name of that representative below.

Name of representative to receive refund check(s) ▶ **N/A**

7 **Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.

a If you also want the second representative listed to receive a copy of notices and communications, check this box . . ▶ ☑

b If you do not want any notices or communications sent to your representative(s), check this box . . . . . . . ▶ ☐

8 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here. . . . . . . . . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9 **Signature of taxpayer(s).** If a tax matter concerns a joint return, **both** husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

[signature] 6/29/04 CEO & PRESIDENT

Signature Date Title (if applicable)

Jason Chon ☐☐☐☐☐ Locus Telecommunications

Print Name PIN Number Print name of taxpayer from line 1 if other than individual

Signature Date Title (if applicable)

☐☐☐☐☐

Print Name PIN Number

**Part II Declaration of Representative**

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

b Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.

c Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.

d Officer—a bona fide officer of the taxpayer's organization.

e Full-Time Employee—a full-time employee of the taxpayer.

f Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).

g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).

h Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Treasury Department Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See **Unenrolled Return Preparer** on page 2 of the instructions.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.** See the Part II instructions.

| Designation—Insert above letter (a–h) | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
| a | DC | | |
| | | | |
| | | | |

Form **8849** (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant: LOCUS TELECOMMUNICATIONS

Employer identification number (EIN): 223488343

Address (number, street, room or suite no.): 111 SYLVAN AVE

Social security number (SSN):

City and state or province. If you have a foreign address, see page 2.: ENGLEWOOD CLIFFS NJ

ZIP code: 076321514

Foreign country, if applicable. Do not abbreviate.:

Month claimant's income tax year ends: 12

Daytime telephone number (optional):

**Caution:** ***Do not*** *use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on* ***Schedule C (Form 720),*** *Claims,* ***Form 4136,*** *Credit for Federal Tax Paid on Fuels,* ***Form 2290,*** *Heavy Highway Vehicle Use Tax Return, or* ***Form 730,*** *Monthly Tax Return On Wagers.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, 5, and section 4091(d) claims on Schedule 6 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| **Schedule 3** | Gasohol Blending | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] CEO & President — Signature and title (if applicable)

5/12/05 — Date

**Jason Chon**

Type or print your name below signature.

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.** Cat. No. 20027J Form **8849** (Rev. 1-2003)

**Schedule 6 (Form 8849)** (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Other Claims

▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| **Locus Telecommunications** | **223488343** | $ **8,142,011.54** |

Enter the earliest and latest **dates of the events** included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ **01012004** Latest date ▶ **03312005**

**Claimant's registration number** for Section 4091(d) claims. ▶ ______

| | Tax | Amount of refund | | CRN |
|---|---|---|---|---|
| 1 | **Excise Tax on Toll Telephone Services** | $ **8,142,011** | **54** | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

**Excise tax paid on "toll telephone services" for which statute does not mandate payment. Pursuant to 1965 Excise Tax Reduction Act, "toll telephone service" means "a telephonic quality communication for which there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication." The toll telephone services for which excise taxes were paid during the relevant period were not distance sensitive. Therefore, excise taxes do not apply and an appropriate refund of payments is due.**

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–5, including refunds of excise taxes reported on:

- **Form 720,** Quarterly Federal Excise Tax Return, including section 4091(d) claims;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use* ***Form 720X,*** *Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under **Where To File** in the Form 8849 instructions. If you are filing a Section 4091(d) claim, write "Section 4091(d)" at the top of Form 8849 and on the envelope. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00279
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 01/09/04 | 933437 | 22348XXXX | 720 | P | 181,500.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 181,500.00 DEBIT DATE: 01/09/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

**DEPOSIT RECEIPT**

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00591
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 01/27/04 | 080880 | 22348XXXX | 720 | P | 181,500.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 181,500.00 DEBIT DATE: 01/27/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00580
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 02/10/04 | 205632 | 22348XXXX | 720 | P | 154,000.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 154,000.00 DEBIT DATE: 02/10/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00206
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 02/25/04 | 315774 | 22348XXXX | 720 | P | 158,000.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 158,000.00 DEBIT DATE: 02/25/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00558
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 03/09/04 | 411810 | 22348XXXX | 720 | P | 155,000.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 155,000.00 DEBIT DATE: 03/09/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00204
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 03/24/04 | 535530 | 22348XXXX | 720 | P | 155,000.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 155,000.00 DEBIT DATE: 03/24/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00268
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

| | |
|---|---|
| *CALL DATE* | *=called in during extended hours, will process next business day |
| *TRANS TYPE* | L=Late payment<br>P=Payment<br>D=Same Day Deletion<br>C=Cancelled |

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 04/09/04 | 669317 | 22348XXXX | 720 | P | 175,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 175,000.00 DEBIT DATE: 04/09/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00378
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 04/26/04 | 795534 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 200,000.00 DEBIT DATE: 04/26/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# Form 720 Payment Voucher

## Purpose of Form

Complete Form 720-V if you are making a payment with **Form 720,** Quarterly Federal Excise Tax Return. We will use the completed voucher to credit your payment more promptly and accurately, and to improve our service to you.

If you have your return prepared by a third party and a payment is required, provide this payment voucher to the return preparer.

## Specific Instructions

**Box 1—Employer identification number (EIN).** If you do not have an EIN, apply for one on **Form SS-4,** Application for Employer Identification Number, and write "Applied For" and the date you applied in this entry space. However, if you are making a one-time filing, enter your social security number.

**Box 2—Amount paid.** Enter the amount paid from line 10 of Form 720.

**Box 3—Tax period.** Darken the capsule identifying the quarter for which the payment is made. Darken only one capsule.

**Box 4—Name and address.** Enter your name and address as shown on Form 720.

- Enclose your check or money order made payable to the "United States Treasury." Be sure to enter your EIN (SSN for one-time filing), "Form 720," and the tax period on your check or money order. Do not send cash. Do not staple this voucher or your payment to the return (or to each other).
- Detach the completed voucher and send it with your payment and Form 720. See **Where To File** on page 1 of the Instructions for Form 720.

▼ Detach Here and Mail With Your Payment and Tax Return. ▼ Form **720-V** (2004)

Form **720-V**
Department of the Treasury Internal Revenue Service

**Payment Voucher**

▶ Do not staple or attach this voucher to your payment.

OMB No. 1545-0023

**2004**

| | | | | |
|---|---|---|---|---|
| 1 Enter your employer identification number. 22 : 3488343 | | 2 Enter the amount of your payment. ▶ | Dollars 8646 | Cents 31 |
| 3 Tax period | | 4 Enter your business name (individual name if sole proprietor). Locus Telecommunications, Inc. | | |
| ✓ 1st Quarter | 3rd Quarter | Enter your address. 111 Sylvan Ave. | | |
| 2nd Quarter | 4th Quarter | Enter your city, state, and ZIP code. Englewood Cliffs, NJ 07632 | | |

US TELECOMMUNICATIONS, INC.



3174

| REF. NO. | YOUR INVOICE NO. | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 043 | 042704 | 4/27/2004 | 8646.31 | 8646.31 | 0.00 | 8646.31 |

3174

AMOUNT

***8,646.31

Eight Thousand Six Hundred Forty-Six and 31/100 Dollars

United States Treasury

Details on back. Security Features Included.

AUTHORIZED SIGNATURE

⑈003174⑈ ⑆021272655⑆ 383711629⑈

US TELECOMMUNICATIONS, INC.

Vendor IRS

Check Date 4/29/2004 Check Number 003174

3174

| Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---|---|---|---|---|---|---|
| 043 | 042704 | 4/27/2004 | 8646.31 | 8646.31 | 0.00 | 8646.31 |

**DEPOSIT RECEIPT**

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00562
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 05/11/04 | 940726 | 22348XXXX | 720 | P | 24,463.37 | 2/04 | QUARTERLY |
| 05/11/04 | 940686 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 224,463.37 DEBIT DATE: 05/11/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00488
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 05/25/04 | 049684 | 22348XXXX | 720 | P | 9,411.17 | 2/04 | QUARTERLY |
| 05/25/04 | 049658 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 209,411.17 DEBIT DATE: 05/25/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

**DEPOSIT RECEIPT**

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00507
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

| | |
|---|---|
| *CALL DATE* | *=called in during extended hours, will process next business day |
| *TRANS TYPE* | L=Late payment<br>P=Payment<br>D=Same Day Deletion<br>C=Cancelled |

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 06/08/04 | 152456 | 22348XXXX | 720 | P | 56,000.00 | 2/04 | QUARTERLY |
| 06/08/04 | 152435 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 256,000.00 DEBIT DATE: 06/08/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00267
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 06/24/04 | 275792 | 22348XXXX | 720 | P | 55,618.35 | 2/04 | QUARTERLY |
| 06/24/04 | 275782 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 255,618.35 DEBIT DATE: 06/24/04

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

**DEPOSIT RECEIPT**

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00274
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

***CALL DATE*** *=called in during extended hours, will process next business day

***TRANS TYPE*** L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 07/08/04 | 386222 | 22348XXXX | 720 | P | 102,000.00 | 3/04 | QUARTERLY |
| 07/08/04 | 386204 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 302,000.00 DEBIT DATE: 07/08/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00257
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 07/23/04 | 512165 | 22348XXXX | 720 | P | 101,899.02 | 3/04 | QUARTERLY |
| 07/23/04 | 512141 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 301,899.02 DEBIT DATE: 07/23/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00284
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 08/09/04 | 642871 | 22348XXXX | 720 | P | 71,500.00 | 3/04 | QUARTERLY |
| 08/09/04 | 642847 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 271,500.00 DEBIT DATE: 08/09/04

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00445
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 08/24/04 | 750768 | 22348XXXX | 720 | P | 71,935.02 | 3/04 | QUARTERLY |
| 08/24/04 | 750738 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 271,935.02 DEBIT DATE: 08/24/04

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00168
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/09/04 | 863103 | 22348XXXX | 720 | P | 81,000.00 | 3/04 | QUARTERLY |
| 09/09/04 | 863089 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 281,000.00 DEBIT DATE: 09/09/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00100
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/23/04 | 965798 | 22348XXXX | 720 | P | 81,267.46 | 3/04 | QUARTERLY |
| 09/23/04 | 965782 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 281,267.46 DEBIT DATE: 09/23/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

**DEPOSIT RECEIPT**

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00323
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/28/04 | 986175 | 22348XXXX | 720 | P | 146,884.79 | 4/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 146,884.79 DEBIT DATE: 09/28/04

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

xpayer Name: LOCUS TELECOMMUNICATIONS INC TIN: xxxxx8343

# AYMENT CONFIRMATION

EFT Acknowledgement number has been provided for this payment. Please keep this number for your cords.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 120428714805631 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 22-3488343 |
| **Tax Form** | 720 Quarterly Federal Excise Tax Return |
| **Tax Type** | Federal Tax Deposit |
| **Tax Period** | 12/2004 |
| **Payment Amount** | $136,716.70 |
| **Settlement Date** | 10/13/2004 |
| **Subcategories:** | |
| **TOLL TELEPHONE SERVICES** | $136,716.70 |

**Thank You**

**Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC **TIN:** xxxxx8343

# PAYMENT CONFIRMATION

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 120430916092695 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 22-3488343 |
| **Tax Form** | 720 Quarterly Federal Excise Tax Return |
| **Tax Type** | Federal Tax Deposit |
| **Tax Period** | 12/2004 |
| **Payment Amount** | $259,262.64 |
| **Settlement Date** | 11/04/2004 |
| **Subcategories:** | |
| **TOLL TELEPHONE SERVICES** | $259,262.64 |

**Thank You**

Taxpayer Name: LOCUS TELECOMMUNICATIONS INC TIN: xxxxx8343

## PAYMENT CONFIRMATION

. EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 120431416281184 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 22-3488343 |
| **Tax Form** | 720 Quarterly Federal Excise Tax Return |
| **Tax Type** | Federal Tax Deposit |
| **Tax Period** | 12/2004 |
| **Payment Amount** | $291,000.00 |
| **Settlement Date** | 11/09/2004 |
| **Subcategories:** | |
| **TOLL TELEPHONE SERVICES** | $291,000.00 |

**Thank You**

| axpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## AYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your ecords.

| EFT ACKNOWLEDGEMENT NUMBER: | 22043311**7774205** |
|---|---|
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $290,954.50 |
| **Tax Period** | December/2004 |
| **Settlement Date** | 11/26/2004 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $290,954.50 |

| axpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## AYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220434484171394 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $332,000.00 |
| **Tax Period** | December/2004 |
| **Settlement Date** | 12/9/2004 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $332,000.00 |

| | |
|---|---|
| **Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC | **TIN:** xxxxx8343 |

## PAYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220435918907732 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $330,575.11 |
| **Tax Period** | December/2004 |
| **Settlement Date** | 12/24/2004 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $330,575.11 |

**Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC **TIN:** xxxxx8343

## PAYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220501155272640 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $402,000.00 |
| **Tax Period** | March/2005 |
| **Settlement Date** | 1/11/2005 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $402,000.00 |

| :payer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## .YMENT CONFIRMATION

### ur payment has been accepted.

ı EFT Acknowledgement number has been provided for this payment. Please keep this number for your ords.

| | |
|---|---|
| **FT ACKNOWLEDGEMENT NUMBER:** | 220502**505356160** |
| **AYMENT INFORMATION** | **CONFIRMED DATA** |
| **.axpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **'ayment Amount** | $399,420.89 |
| **Tax Period** | March/2005 |
| **Settlement Date** | 1/25/2005 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $399,420.89 |

| axpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## YMENT CONFIRMATION

## our payment has been accepted.

EFT Acknowledgement number has been provided for this payment. Please keep this number for your ecords.

| | |
|---|---|
| **FT ACKNOWLEDGEMENT NUMBER:** | 220504132072605 |
| **AYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **'ax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **.ax Type** | Federal Tax Deposit |
| **Payment Amount** | $383,000.00 |
| **Tax Period** | March/2005 |
| **ettlement Date** | 2/10/2005 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $383,000.00 |

| xpayar Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## 'MENT CONFIRMATION

### .ur payment has been accepted.

FT Acknowledgement number has been provided for this payment. Please keep this number for your ..ords.

| | |
|---|---|
| **T ACKNOWLEDGEMENT NUMBER:** | 220505627411685 |
| **.AYMENT INFORMATION** | **CONFIRMED DATA** |
| **..xpayer EIN** | 223488343 |
| **x Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **x Type** | Federal Tax Deposit |
| **.ayment Amount** | $381,648.72 |
| **..x Period** | March/2005 |
| **ttlement Date** | 2/25/2005 |
| **.bcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $381,648.72 |

..payer Name: LOCUS TELECOMMUNICATIONS INC **TIN:** xxxxx8343

## 'MENT DETAILS

· payment details are listed below. The highlighted 8 digits of the EFT Acknowledgement Number represent ır trace number.

| PAYMENT INFORMATION | ENTERED DATA |
|---|---|
| **axpayer EIN** | 223488343 |
| **FT Number ..cknowledgement Number)** | 2205068 **32912252** |
| **icellation EFT ·cknowledgement Number)** | |
| **x Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **ax Type** | Federal Tax Deposit |
| **ax Period** | 03/2005 |
| **otal Payment Amount** | $372,000.00 |
| **ayment Input Method** | Web |
| **ttlement Date** | 2005-03-09 |
| **d Trace Number** | |
| **/ment Status** | Scheduled |
| **ginal EFT knowledgement Number)** | 2205068 **32912252** |
| **ansaction Type** | ACH Debit Payment-Savings |
| **ceived Date** | 2005-03-08 |
| **eceived Time (ET)** | 15.03.25 |
| **ancellation Date** | |

Previous

me . Enrollment . My Profile . Payments . Help & Information . Contact Us . Logout

| axpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## . AYMENT CONFIRMATION

### 'our payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your .ecords.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220509**104851191** |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Balance due on return or notice |
| **Payment Amount** | $19,798.97 |
| **Tax Period** | December/2004 |
| **Settlement Date** | 4/1/2005 |

| axpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## . AYMENT CONFIRMATION

## 'our payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your :cords.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220508013237420 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Balance due on return or notice |
| **Payment Amount** | $2,744.84 |
| **Tax Period** | December/2004 |
| **Settlement Date** | 3/21/2005 |

| 'axpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## 'AYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your ecords.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220508398556411 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $370,263.68 |
| **Tax Period** | March/2005 |
| **Settlement Date** | 3/24/2005 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $370,263.68 |

# EXHIBIT 2

**Supplemental Filing on 2004/5 Claim – 7/29/05**

# The Helein Law Group, LLLP

Telecommunications
E Commerce
Technology
Corporate & Finance
Trademarks
Proprietary Rights
Complex Litigation
General Business Law

8180 Greensboro Drive
Suite 700
McLean, VA 22102

(703) 714-1300 (Telephone)
(703) 714-1330 (Facsimile)
mail@thlglaw.com

Writer's Direct Dial Number
703-714-1301

Writer's E-mail Address
chh@thlglaw.com

July 29, 2005

**VIA OVERNIGHT COURIER**

John Tauriello
Internal Revenue Service
200 Sheffield Street
Mountainside, NJ 07092

**RE: LOCUS TELECOMMUNICATIONS, INC. EIN 223488343**
**FET REFUND CLAIM 2004 and 1st Quarter 2005**

Dear Mr. Tauriello:

Pursuant to your request, we have attached documentation of the Federal Excise Tax payments made by calendar quarter for the periods 2004 and the first quarter of 2005. Attached are the following documents.

1. A summary spreadsheet that lists the total amount of the payments made of $8,142,011.54, comprised of the total amount of payments made for calendar year 2004 in the amount of $5,833,678.25 and the total amount of payments made for the first calendar quarter of 2005 in the amount of $2,308,333.29 broken out by the:

   (a) seven (7) payments on account for the 1st quarter of 2004 totaling $993,646.31;

   (b) ten (10) payments on account for the 2nd quarter of 2004 totaling $1,320492.89; (c) twelve (12) payments on account for the 3rd quarter of 2004 totaling $1,709,601.50;

   (c) nine (9) payments on account for the 4th quarter totaling $1,809,937.55; and

   (d) six (6) payments on account for the first quarter of 2005 totaling $2,308,333.29.

2. A copy of the signed 8849 Form for these periods.

3. Copies of the proofs of payment of these amounts as follows:

   (a) Deposit Receipts by date of payment to JP Morgan Electronic Deposit Service for 6 of the 7 1stQ 2004 payments 1/9/04 through 3/24/04 and the 720-V IRS Payment Voucher for the 7th payment 1stQ 2004 4/29/04;

   (b) Deposit Receipts by date of payment to JP Morgan Electronic Deposit Service for 6 of the 10 2dQ 2004 payments 4/9/04 through 6/24/04 (although ten payments were made as shown in the summary spreadsheet, two payments were made on three of the dates (5/25/04, 6/8/04 and 6/24/04) and were recorded on only one Deposit Receipt;

   (c) Deposit Receipts by date of payment to JP Morgan Electronic Deposit Service for 6 of the 12 3dQ 2004 payments 7/8/04 through 9/23/04 (although twelve payments were made as shown in the summary spreadsheet, two payments were made on each of the six dates (7/8/04, 7/23/04, 8/9/04, 8/24/04, 9/9/04 and 9/23/04) but recorded on only one Deposit Receipt;

   (d) Deposit Receipts by date of payment to JP Morgan Electronic Deposit Service for 1 of the 9 4thQ 2004 payments 9/28/04 through 4/1/05; and 8 EFTPS Payment Confirmations for the other payments in this quarter; and

   (e) Six EFTPS Payment Confirmations for the 1stQ 2005 payments 1/11/05 through 3/24/05.

Please contact the undersigned if there are any questions.

Respectfully submitted,
Docus Telecommunications, Inc.

By: [signature]
Charles H. Helein, Its Attorney In Fact

Enclosures

# 1

## Form 8849: Claim for Refund of Excise Taxes

**Claimant:** Locus Telecommunications, Inc.
**EIN:** 223488343
**Dates:** From 01012004 To 03312005
**Tax:** Excise Tax on Toll Telephone Services

| | |
|---|---|
| **1Q - 2004 Amount of Refund** | 993,646.31 |
| **2Q - 2004 Amount of Refund** | 1,320,492.89 |
| **3Q - 2004 Amount of Refund** | 1,709,601.50 |
| **4Q -2004 Amount of Refund** | 1,809,937.55 |
| **1Q - 2005 Amount of Refund** | 2,308,333.29 |
| **Total Amount of Refund** | **$ 8,142,011.54** |

## Year 2004 **$5,833,678.25**

| | | |
|---|---|---|
| Tax Deposit | 01/09/04 | 181,500.00 |
| Tax Deposit | 01/27/04 | 181,500.00 |
| Tax Deposit | 02/10/04 | 154,000.00 |
| Tax Deposit | 02/25/04 | 158,000.00 |
| Tax Deposit | 03/09/04 | 155,000.00 |
| Tax Deposit | 03/24/04 | 155,000.00 |
| Payment Voucher | 04/29/04 | 8,646.31 |
| **1Q 2004** | | **993,646.31** |

| | | |
|---|---|---|
| Tax Deposit | 04/09/04 | 175,000.00 |
| Tax Deposit | 04/26/04 | 200,000.00 |
| Tax Deposit | 05/11/04 | 24,463.37 |
| Tax Deposit | 05/11/04 | 200,000.00 |
| Tax Deposit | 05/25/04 | 9,411.17 |
| Tax Deposit | 05/25/04 | 200,000.00 |
| Tax Deposit | 06/08/04 | 56,000.00 |
| Tax Deposit | 06/08/04 | 200,000.00 |
| Tax Deposit | 06/24/04 | 55,618.35 |
| Tax Deposit | 06/24/04 | 200,000.00 |
| **2Q 2004** | | **1,320,492.89** |

| | | |
|---|---|---|
| Tax Deposit | 07/08/04 | 102,000.00 |
| Tax Deposit | 07/08/04 | 200,000.00 |
| Tax Deposit | 07/23/04 | 101,899.02 |
| Tax Deposit | 07/23/04 | 200,000.00 |
| Tax Deposit | 08/09/04 | 71,500.00 |
| Tax Deposit | 08/09/04 | 200,000.00 |
| Tax Deposit | 08/24/04 | 71,935.02 |
| Tax Deposit | 08/24/04 | 200,000.00 |
| Tax Deposit | 09/09/04 | 81,000.00 |
| Tax Deposit | 09/09/04 | 200,000.00 |
| Tax Deposit | 09/23/04 | 81,267.46 |
| Tax Deposit | 09/23/04 | 200,000.00 |
| **3Q 2004** | | **1,709,601.50** |

| | | |
|---|---|---|
| Tax Deposit | 09/28/04 | 146,884.79 |
| Tax Deposit | 10/13/04 | 136,716.70 |
| Tax Deposit | 11/04/04 | 259,262.64 |
| Tax Deposit | 11/09/04 | 291,000.00 |
| Tax Deposit | 11/26/04 | 290,954.50 |
| Tax Deposit | 12/09/04 | 332,000.00 |
| Tax Deposit | 12/24/04 | 330,575.11 |
| Bal. Due on Return | 03/21/05 | 2,744.84 |
| Bal. Due on Return | 04/01/05 | 19,798.97 |
| **4Q 2004** | | **1,809,937.55** |

## Year 2005 **$2,308,333.29**

| | | |
|---|---|---|
| Tax Deposit | 01/11/05 | 402,000.00 |
| Tax Deposit | 01/25/05 | 399,420.89 |
| Tax Deposit | 02/10/05 | 383,000.00 |
| Tax Deposit | 02/25/05 | 381,648.72 |
| Tax Deposit | 03/08/05 | 372,000.00 |
| Tax Deposit | 03/24/05 | 370,263.68 |
| **1Q 2005** | | **2,308,333.29** |

# 2

Form **8849** (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant: LOCUS TELECOMMUNICATIONS

Employer identification number (EIN): 223486343

Address (number, street, room or suite no.): 111 SYLVAN AVE

Social security number (SSN):

City and state or province. If you have a foreign address, see page 2.: ENGLEWOOD CLIFFS NJ

ZIP code: 076321514

Foreign country, if applicable. Do not abbreviate.:

Month claimant's income tax year ends: 12

Daytime telephone number (optional):

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on **Schedule C (Form 720)**, Claims, **Form 4136**, Credit for Federal Tax Paid on Fuels, **Form 2290**, Heavy Highway Vehicle Use Tax Return, or **Form 730**, Monthly Tax Return On Wagers.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, 5, and section 4091(d) claims on Schedule 6 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| **Schedule 3** | Gasohol Blending | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] CEO & President — 5/12/05

Signature and title (if applicable) — Date

**Jason Chon**

Type or print your name below signature.

**Schedule 6 (Form 8849)** (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Other Claims

▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Locus Telecommunications | 223488343 | $ 8,142,011.54 |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 01012004 Latest date ▶ 03312005

**Claimant's registration number** for Section 4091(d) claims. ▶ ____________

| | Tax | Amount of refund | | CRN |
|---|---|---|---|---|
| 1 | Excise Tax on Toll Telephone Services | $ 8,142,011 | 54 | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

**Excise tax paid on "toll telephone services" for which statute does not mandate payment. Pursuant to 1965 Excise Tax Reduction Act, "toll telephone service" means "a telephonic quality communication for which there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication." The toll telephone services for which excise taxes were paid during the relevant period were not distance sensitive. Therefore, excise taxes do not apply and an appropriate refund of payments is due.**

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–5, including refunds of excise taxes reported on:

- **Form 720,** Quarterly Federal Excise Tax Return, including section 4091(d) claims;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under Where To File in the Form 8849 instructions. If you are filing a Section 4091(d) claim, write "Section 4091(d)" at the top of Form 8849 and on the envelope. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

# 3

# a

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00279
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 01/09/04 | 933437 | 22348XXXX | 720 | P | 181,500.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 181,500.00 DEBIT DATE: 01/09/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00591
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 01/27/04 | 080880 | 22348XXXX | 720 | P | 181,500.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 181,500.00 DEBIT DATE: 01/27/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00580
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 02/10/04 | 205632 | 22348XXXX | 720 | P | 154,000.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 154,000.00 DEBIT DATE: 02/10/04

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00206
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

CALL DATE
TRANS TYPE

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 02/25/04 | 315774 | 22348XXXX | 720 | P | 158,000.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 158,000.00 DEBIT DATE: 02/25/04

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00558
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

CALL DATE
TRANS TYPE

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 03/09/04 | 411810 | 22348XXXX | 720 | P | 155,000.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 155,000.00 DEBIT DATE: 03/09/04

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00204
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 03/24/04 | 535530 | 22348XXXX | 720 | P | 155,000.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 155,000.00 DEBIT DATE: 03/24/04

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# Form 720 Payment Voucher

## Purpose of Form

Complete Form 720-V if you are making a payment with Form 720, Quarterly Federal Excise Tax Return. We will use the completed voucher to credit your payment more promptly and accurately, and to improve our service to you.

If you have your return prepared by a third party and a payment is required, provide this payment voucher to the return preparer.

## Specific Instructions

**Box 1—Employer identification number (EIN).** If you do not have an EIN, apply for one on Form SS-4, Application for Employer Identification Number, and write "Applied For" and the date you applied in this entry space. However, if you are making a one-time filing, enter your social security number.

**Box 2—Amount paid.** Enter the amount paid from line 10 of Form 720.

**Box 3—Tax period.** Darken the capsule identifying the quarter for which the payment is made. Darken only one capsule.

**Box 4—Name and address.** Enter your name and address as shown on Form 720.

- Enclose your check or money order made payable to the "United States Treasury." Be sure to enter your EIN (SSN for one-time filing), "Form 720," and the tax period on your check or money order. Do not send cash. Do not staple this voucher or your payment to the return (or to each other).
- Detach the completed voucher and send it with your payment and Form 720. See **Where To File** on page 1 of the instructions for Form 720.

▼ Detach Here and Mail With Your Payment and Tax Return. ▼ Form 720-V (2004)

Form **720-V** Department of the Treasury Internal Revenue Service

**Payment Voucher**

▶ Do not staple or attach this voucher to your payment.

OMB No. 1545-0023

**2004**

| | | | |
|---|---|---|---|
| 1 Enter your employer identification number. 22 : 3488343 | 2 Enter the amount of your payment. ▶ | Dollars 8646 | Cents 31 |

3 Tax period

| | |
|---|---|
| ✓ 1st Quarter | 3rd Quarter |
| 2nd Quarter | 4th Quarter |

4 Enter your business name (individual name if sole proprietor).
Locus Telecommunications, Inc.
Enter your address.
111 Sylvan Ave.
Enter your city, state, and ZIP code.
Englewood Cliffs, NJ 07632

**…US TELECOMMUNICATIONS, INC.**

3174

| …R REF. NO. | YOUR INVOICE NO. | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMOUNT |
|---|---|---|---|---|---|---|
| …943 | 042704 | 4/27/2004 | 8646.31 | 8646.31 | 0.00 | 8646.31 |

3174

…OUNT

$**8,646.31

…Dollars

United States Treasury

AUTHORIZED SIGNATURE

⑈003174⑈ ⑆0…

**…CUS TELECOMMUNICATIONS, INC.**

…ndor IRS

Check Date 4/29/2004 Check Number 003174

3174

| …t Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---|---|---|---|---|---|---|
| …0943 | 042704 | 4/27/2004 | 8646.31 | 8646.31 | 0.00 | 8646.31 |

# b

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00268
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 04/09/04 | 669317 | 22348XXXX | 720 | P | 175,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 175,000.00 DEBIT DATE: 04/09/04

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00378
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

*CALL DATE*
*TRANS TYPE*

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 04/26/04 | 795534 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 200,000.00 DEBIT DATE: 04/26/04

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00562
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 05/11/04 | 940726 | 22348XXXX | 720 | P | 24,463.37 | 2/04 | QUARTERLY |
| 05/11/04 | 940686 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 224,463.37 DEBIT DATE: 05/11/04

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00488
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 05/25/04 | 049684 | 22348XXXX | 720 | P | 9,411.17 | 2/04 | QUARTERLY |
| 05/25/04 | 049658 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 209,411.17 DEBIT DATE: 05/25/04

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

Case 1:05-cv-01184-RHH Document 1-1 Filed 11/09/2005 Page 155 of 246

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00507
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 06/08/04 | 152456 | 22348XXXX | 720 | P | 56,000.00 | 2/04 | QUARTERLY |
| 06/08/04 | 152435 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 256,000.00 DEBIT DATE: 06/08/04

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00267
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 06/24/04 | 275792 | 22348XXXX | 720 | P | 55,618.35 | 2/04 | QUARTERLY |
| 06/24/04 | 275782 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 255,618.35 DEBIT DATE: 06/24/04

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# C