# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00274
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

CALL DATE

TRANS TYPE

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 07/08/04 | 386222 | 22348XXXX | 720 | P | 102,000.00 | 3/04 | QUARTERLY |
| 07/08/04 | 386204 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 302,000.00 DEBIT DATE: 07/08/04

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00257
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

*CALL DATE*
*TRANS TYPE*

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 07/23/04 | 512165 | 22348XXXX | 720 | P | 101,899.02 | 3/04 | QUARTERLY |
| 07/23/04 | 512141 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 301,899.02 DEBIT DATE: 07/23/04

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00284
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

CALL DATE
TRANS TYPE

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 08/09/04 | 642871 | 22348XXXX | 720 | P | 71,500.00 | 3/04 | QUARTERLY |
| 08/09/04 | 642847 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 271,500.00 DEBIT DATE: 08/09/04

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00445
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 08/24/04 | 750768 | 22348XXXX | 720 | P | 71,935.02 | 3/04 | QUARTERLY |
| 08/24/04 | 750738 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 271,935.02 DEBIT DATE: 08/24/04

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00168
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/09/04 | 863103 | 22348XXXX | 720 | P | 81,000.00 | 3/04 | QUARTERLY |
| 09/09/04 | 863089 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 281,000.00 DEBIT DATE: 09/09/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00100
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/23/04 | 965798 | 22348XXXX | 720 | P | 81,267.46 | 3/04 | QUARTERLY |
| 09/23/04 | 965782 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 281,267.46 DEBIT DATE: 09/23/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# d

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

00323

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/28/04 | 986175 | 22348XXXX | 720 | P | 146,884.79 | 4/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 146,884.79 DEBIT DATE: 09/28/04

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

Taxpayer Name: LOCUS TELECOMMUNICATIONS INC TIN: xxxxx8343

## PAYMENT CONFIRMATION

EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 120428714805631 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 22-3488343 |
| **Tax Form** | 720 Quarterly Federal Excise Tax Return |
| **Tax Type** | Federal Tax Deposit |
| **Tax Period** | 12/2004 |
| **Payment Amount** | $136,716.70 |
| **Settlement Date** | 10/13/2004 |
| **Subcategories:** | |
| **TOLL TELEPHONE SERVICES** | $136,716.70 |

**Thank You**

**Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC **TIN:** xxxxx8343

## PAYMENT CONFIRMATION

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

**EFT ACKNOWLEDGEMENT NUMBER:** 120430916092695

| PAYMENT INFORMATION | CONFIRMED DATA |
|---|---|
| Taxpayer EIN | 22-3488343 |
| Tax Form | 720 Quarterly Federal Excise Tax Return |
| Tax Type | Federal Tax Deposit |
| Tax Period | 12/2004 |
| Payment Amount | $259,262.64 |
| Settlement Date | 11/04/2004 |
| Subcategories: | |
| TOLL TELEPHONE SERVICES | $259,262.64 |

**Thank You**

**Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC **TIN:** xxxxx8343

## PAYMENT CONFIRMATION

. EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

**EFT ACKNOWLEDGEMENT NUMBER:** 120431416281184

| PAYMENT INFORMATION | CONFIRMED DATA |
|---|---|
| Taxpayer EIN | 22-3488343 |
| Tax Form | 720 Quarterly Federal Excise Tax Return |
| Tax Type | Federal Tax Deposit |
| Tax Period | 12/2004 |
| Payment Amount | $291,000.00 |
| Settlement Date | 11/09/2004 |
| Subcategories: | |
| TOLL TELEPHONE SERVICES | $291,000.00 |

**Thank You**

| Taxpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

# ҶYMENT CONFIRMATION

## Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| EFT ACKNOWLEDGEMENT NUMBER: | 220433117774205 |
|---|---|
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| Taxpayer EIN | 223488343 |
| Tax Form | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| Tax Type | Federal Tax Deposit |
| Payment Amount | $290,954.50 |
| Tax Period | December/2004 |
| Settlement Date | 11/26/2004 |
| Subcategories: | |
| 022 Toll,Eletyp,Exchg,Local Phone | $290,954.50 |

| Taxpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## PAYMENT CONFIRMATION

**Your payment has been accepted.**

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| EFT ACKNOWLEDGEMENT NUMBER: | 220434484171394 |
|---|---|
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| Taxpayer EIN | 223488343 |
| Tax Form | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| Tax Type | Federal Tax Deposit |
| Payment Amount | $332,000.00 |
| Tax Period | December/2004 |
| Settlement Date | 12/9/2004 |
| Subcategories: | |
| 022 Toll,Eletyp,Exchg,Local Phone | $332,000.00 |

| Taxpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## PAYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | **220435918907732** |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | **$330,575.11** |
| **Tax Period** | December/2004 |
| **Settlement Date** | 12/24/2004 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | **$330,575.11** |

**Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC | **TIN:** xxxxx8343

## PAYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220508013237420 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Balance due on return or notice |
| **Payment Amount** | $2,744.84 |
| **Tax Period** | December/2004 |
| **Settlement Date** | 3/21/2005 |

| Taxpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
| --- | --- |

## PAYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| EFT ACKNOWLEDGEMENT NUMBER: | 220509104851191 |
| --- | --- |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Balance due on return or notice |
| **Payment Amount** | $19,798.97 |
| **Tax Period** | December/2004 |
| **Settlement Date** | 4/1/2005 |

# e

**Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC **TIN:** xxxxx8343

## PAYMENT DETAILS

Your payment details are listed below. The highlighted 8 digits of the EFT Acknowledgement Number represent your trace number.

| PAYMENT INFORMATION | ENTERED DATA |
|---|---|
| **Taxpayer EIN** | 223488343 |
| **EFT Number (Acknowledgement Number)** | 2205011 **55272640** |
| **Cancellation EFT (Acknowledgement Number)** | |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Tax Period** | 03/2005 |
| **Total Payment Amount** | $402,000.00 |
| **Payment Input Method** | Web |
| **Settlement Date** | 2005-01-11 |
| **ACH Trace Number** | 061036010015357 |
| **Payment Status** | Settled |
| **Original EFT (Acknowledgement Number)** | 2205011 **55272640** |
| **Transaction Type** | ACH Debit Payment-Savings |
| **Received Date** | 2005-01-10 |
| **Received Time (ET)** | 19.02.04 |
| **Cancellation Date** | |

Previous

Home . Enrollment . My Profile . Payments . Help & Information . Contact Us . Logout

| axpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## AYMENT CONFIRMATION

### our payment has been accepted.

EFT Acknowledgement number has been provided for this payment. Please keep this number for your ecords.

| EFT ACKNOWLEDGEMENT NUMBER: | 220502505356160 |
|---|---|
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| Taxpayer EIN | 223488343 |
| Tax Form | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| Tax Type | Federal Tax Deposit |
| Payment Amount | $399,420.89 |
| Tax Period | March/2005 |
| Settlement Date | 1/25/2005 |
| Subcategories: | |
| 022 Toll,Eletyp,Exchg,Local Phone | $399,420.89 |

| axpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## YMENT CONFIRMATION

### Your payment has been accepted.

n EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | **220504132072605** |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $383,000.00 |
| **Tax Period** | March/2005 |
| **Settlement Date** | 2/10/2005 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $383,000.00 |

| xpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## 'MENT CONFIRMATION

### Your payment has been accepted.

EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| EFT ACKNOWLEDGEMENT NUMBER: | 220505627411685 |
| PAYMENT INFORMATION | CONFIRMED DATA |
| Taxpayer EIN | 223488343 |
| Tax Form | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| Tax Type | Federal Tax Deposit |
| Payment Amount | $381,648.72 |
| Tax Period | March/2005 |
| Settlement Date | 2/25/2005 |
| Subcategories: | |
| 022 Toll,Eletyp,Exchg,Local Phone | $381,648.72 |

axpayer Name: LOCUS TELECOMMUNICATIONS INC TIN: xxxxx8343

## P YMENT DETAILS

Your payment details are listed below. The highlighted 8 digits of the EFT Acknowledgement Number represent your trace number.

| PAYMENT INFORMATION | ENTERED DATA |
|---|---|
| Taxpayer EIN | 223488343 |
| EFT Number (Acknowledgement Number) | 2205068 **32912252** |
| Cancellation EFT (Acknowledgement Number) | |
| Tax Form | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| Tax Type | Federal Tax Deposit |
| Tax Period | 03/2005 |
| Total Payment Amount | $372,000.00 |
| Payment Input Method | Web |
| Settlement Date | 2005-03-09 |
| ACH Trace Number | |
| Payment Status | Scheduled |
| Original EFT (Acknowledgement Number) | 2205068 **32912252** |
| Transaction Type | ACH Debit Payment-Savings |
| Received Date | 2005-03-08 |
| Received Time (ET) | 15.03.25 |
| Cancellation Date | |

Previous

Home . Enrollment . My Profile . Payments . Help & Information . Contact Us . Logout

| Taxpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

# PAYMENT CONFIRMATION

## Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | **220508398556411** |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $370,263.68 |
| **Tax Period** | March/2005 |
| **Settlement Date** | 3/24/2005 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $370,263.68 |

# EXHIBIT 3

**IRS Form 8849 for April 2005 Claim – 5/26/05**

Chuck copy

# The Helein Law Group, LLLP

Telecommunications
E Commerce
Technology
Corporate & Finance
Trademarks
Proprietary Rights
Complex Litigation
General Business Law

8180 Greensboro Drive
Suite 700
McLean, VA 22102

(703) 714-1300 (Telephone)
(703) 714-1330 (Facsimile)
mail@thlglaw.com

Writer's Direct Dial Number: (703) 714-1300

Writer's E-mail Address: chh@thlglaw.com

May 26, 2005

**VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Internal Revenue Service
Cincinnati, Ohio 45999-0002

Re. Local Telecommunications – EIN 223488343
Form 8849 Claim for Refund of Taxes

Ladies and Gentlemen:

On behalf of Locus Telecommunications, Inc. ("Locus") transmitted herewith is its Form 8849 Claim for Refund of Excise Taxes, Schedule 6 Other Claims and proof of FET payment.

Should there be any questions regarding this matter, kindly contact the undersigned.

Respectfully submitted,

Charles H. Helein*

Enclosure

* See Form 2848 Power of Attorney for Charles H. Helein.

Form **2848**
(Rev. March 2004)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ Type or print. ▶ See the separate instructions.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name
Telephone
Function
Date / /

**Part I** **Power of Attorney**

**Caution:** *Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1 Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

Taxpayer name(s) and address

**Locus Telecommunications**
**111 Sylvan Avenue**
**Englewood Cliffs, New Jersey 07632-1514**

Social security number(s)

Employer identification number
**22 : 3488343**

Daytime telephone number
( **201** ) **585-3600**

Plan number (if applicable)

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s) must sign and date this form on page 2, Part II.**

Name and address
**Charles H. Helein**
**8180 Greensboro Drive, Suite 700**
**McLean, VA 22102**

CAF No.
Telephone No. **703-714-1301**
Fax No. **703-714-1330**
Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address

CAF No.
Telephone No.
Fax No.
Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address

CAF No.
Telephone No.
Fax No.
Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| Excise | 8849 (720) | 2001, 2002, 2003 |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific uses not recorded on CAF.** . . . . . . . . . ▶ ☑

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See **Unenrolled Return Preparer** on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney:

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH**, refund checks, initial here ______ and list the name of that representative below.

Name of representative to receive refund check(s) ▶ **N/A**

**7 Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.

a If you also want the second representative listed to receive a copy of notices and communications, check this box ▶ ☑

b If you do not want any notices or communications sent to your representative(s), check this box ▶ ☐

**8 Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9 Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

Signature — Date: 6/29/04 — Title (if applicable): CEO & PRESIDENT

Jason Chon — Print Name | ☐☐☐☐☐ PIN Number | Locus Telecommunications — Print name of taxpayer from line 1 if other than individual

Signature — Date — Title (if applicable)

Print Name | ☐☐☐☐☐ PIN Number

**Part II Declaration of Representative**

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

b Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.

c Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.

d Officer—a bona fide officer of the taxpayer's organization.

e Full-Time Employee—a full-time employee of the taxpayer.

f Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).

g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).

h Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Treasury Department Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See **Unenrolled Return Preparer** on page 2 of the instructions.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.** See the Part II instructions.

| Designation—Insert above letter (a–h) | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
| a | DC | | 6/29/04 |
| | | | |
| | | | |

Form **8849** (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant: LOCUS TELECOMMUNICATIONS

Employer identification number (EIN): 223488343

Address (number, street, room or suite no.): 111 SYLVAN AVE

Social security number (SSN):

City and state or province. If you have a foreign address, see page 2.: ENGLEWOOD CLIFFS NJ

ZIP code: 076321514

Foreign country, if applicable. Do not abbreviate.:

Month claimant's income tax year ends: 12

Daytime telephone number (optional):

**Caution:** ***Do not*** *use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on* ***Schedule C (Form 720),*** *Claims,* ***Form 4136,*** *Credit for Federal Tax Paid on Fuels,* ***Form 2290,*** *Heavy Highway Vehicle Use Tax Return, or* ***Form 730,*** *Monthly Tax Return On Wagers.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, 5, and section 4091(d) claims on Schedule 6 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| **Schedule 3** | Gasohol Blending | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] Signature and title (if applicable) — 5/24/05 Date

**Jason Chon**

Type or print your name below signature

**Schedule 6 (Form 8849)** (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Other Claims

► Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1-5) |
|---|---|---|
| Locus Telecommunications | 223488343 | $ 469,000.00 |

Enter the earliest and latest **dates of the events** included in this claim. Enter in MMDDYYYY format.

Earliest date ► 04012005 Latest date ► 04302005

**Claimant's registration number** for Section 4091(d) claims. ► ____________

| | Tax | Amount of refund | | CRN |
|---|---|---|---|---|
| 1 | Excise Tax on Toll Telephone Services | $ 469,000 | 00 | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

**Excise tax paid on "toll telephone services" for which statute does not mandate payment. Pursuant to 1965 Excise Tax Reduction Act, "toll telephone service" means "a telephonic quality communication for which there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication." The toll telephone services for which excise taxes were paid during the relevant period were not distance sensitive. Therefore, excise taxes do not apply and an appropriate refund of payments is due.**

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1-5, including refunds of excise taxes reported on:

- **Form 720,** Quarterly Federal Excise Tax Return, including section 4091(d) claims;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use* ***Form 720X****, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under **Where To File** in the Form 8849 instructions. If you are filing a Section 4091(d) claim, write "Section 4091(d)" at the top of Form 8849 and on the envelope. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

| xpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## AYMENT CONFIRMATION

### 'our payment has been accepted.

\ EFT Acknowledgement number has been provided for this payment. Please keep this number for your :ords.

| | |
|---|---|
| EFT ACKNOWLEDGEMENT NUMBER: | 270510200246069 |
| PAYMENT INFORMATION | CONFIRMED DATA |
| 'axpayer EIN | 223488343 |
| 'ax Form | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| Tax Type | Federal Tax Deposit |
| Payment Amount | $469,000.00 |
| 'ax Period | June/2005 |
| Settlement Date | 4/12/2005 |
| Subcategories: | |
| 022 Toll,Eletyp,Exchg,Local Phone | $469,000.00 |

# EXHIBIT 4

**IRS Notice on April 2005 – File for Full Quarter – 8/2/05**

IRS Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0062

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514119

The IRS address must appear in the window.

2680325549

BODCD-LM

Letter Number: LTR0916C
Letter Date : 2005-08-02
Tax Period : 200506

*223488343*

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514119

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0062

223488343 WP 0000 03 2 200506 000 00000000000

2680325549
Aug. 02, 2005 LTR 916C E1
22-3488343 200506 03 000
08773

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514119

Thank you for your cooperation.

Sincerely yours,

Mary Jo Williams, Operations Mgr.
Centralized Excise

Enclosure(s):
Copy of this letter
Publication 1
Envelope
Letter Attachment
Your Claim

IRS Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0062

In reply refer to: 2680325549
Aug. 02, 2005 LTR 916C E1
22-3488343 200506 03 000
08772
BODC: LM

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514119

| | |
|---|---|
| Taxpayer Identification Number: | 22-3488343 |
| Kind of Tax: | Communication Claim |
| Amount of Claim(s): | $ 469,000.00 |
| Date Claim(s) Received: | May 31, 2005 |
| Tax Period(s) Ending: | June 30, 2005 |

Dear Taxpayer:

We are unable to process your claim for the tax period(s) shown above.

Please see the enclosed letter attachment, it explains why your claim Form 8849 was not consider. Please make the necessary corrections and resubmit your claim with a copy of this letter.

If you have any question please call Ms. Hudson at 1-866-699-4096 ext 2573 between the hours of 9:00am and 2:00pm. If you prefer to write please write to the address shown at the top of this letter.

If you have any questions, please call us toll free at 866-699-4096.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Keep a copy of this letter for your records.

Telephone Number (703) 714-1301 Hours 10am - 4pm

# ATTACHMENT TO LETTER

| NAME: **LOCUS TELECOMMUNICATIONS INC** | Year(s)/**Period**(s) Ended: **6/30/05** |
|---|---|

**NO CONSIDERATION**

We cannot allow your claim as filed at this time for the following reasons:

1. Since you file on a **quarterly basis**, you must provide us with a claim for the **entire quarter** so we can process your claim. You need to file your claim for the period of **4/1/05 - 6/30/05 at the end of the period.** The claim as filed is not processable and will not be considered for any purpose.

Form **8849** (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant: LOCUS TELECOMMUNICATIONS

Employer identification number (EIN): 223488343

Address (number, street, room or suite no.): 111 SYLVAN AVE

Social security number (SSN):

City and state or province. If you have a foreign address, see page 2.: ENGLEWOOD CLIFFS NJ

ZIP code: 076321514

Foreign country, if applicable. Do not abbreviate.:

Month claimant's income tax year ends: 12

Daytime telephone number (optional):

**Caution:** ***Do not*** *use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on* ***Schedule C (Form 720),*** *Claims,* ***Form 4136,*** *Credit for Federal Tax Paid on Fuels,* ***Form 2290,*** *Heavy Highway Vehicle Use Tax Return, or* ***Form 730,*** *Monthly Tax Return On Wagers.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, 5, and section 4091(d) claims on Schedule 6 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| **Schedule 3** | Gasohol Blending | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] Signature and title (if applicable)

5/24/05 Date

**Jason Chon**

Type or print your name below signature.

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.** Cat. No. 20027J Form **8849** (Rev. 1-2003)

NO. 137
~~ACCEPTED~~ N/C
JUN 14 2005
By CLASSIFICATION
S.C. 17

**Schedule 6 (Form 8849)** (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Other Claims

▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Locus Telecommunications | 223488343 | $ 469,000.00 |

Enter the earliest and latest **dates of the events** included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 04012005 Latest date ▶ 04302005

**Claimant's registration number** for Section 4091(d) claims. ▶ ______

| | Tax | Amount of refund | | CRN |
|---|---|---|---|---|
| 1 | Excise Tax on Toll Telephone Services | $ 469,000 | 00 | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

**Excise tax paid on "toll telephone services" for which statute does not mandate payment. Pursuant to 1965 Excise Tax Reduction Act, "toll telephone service" means "a telephonic quality communication for which there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication." The toll telephone services for which excise taxes were paid during the relevant period were not distance sensitive. Therefore, excise taxes do not apply and an appropriate refund of payments is due.**

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–5, including refunds of excise taxes reported on:

- **Form 720,** Quarterly Federal Excise Tax Return, including section 4091(d) claims;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use* **Form 720X,** *Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under **Where To File** in the Form 8849 instructions. If you are filing a Section 4091(d) claim, write "Section 4091(d)" at the top of Form 8849 and on the envelope. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

axpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343

# AYMENT CONFIRMATION

## our payment has been accepted.

n EFT Acknowledgement number has been provided for this payment. Please keep this number for your ecords.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 270510200246069 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $469,000.00 |
| **Tax Period** | June/2005 |
| **Settlement Date** | 4/12/2005 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $469,000.00 |

Case 1:05-cv-01184-RHH Document 1-1 Filed 11/09/2005 Page 193 of 246

5-31

Form **2848**
(Rev. March 2004)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ Type or print. ▶ See the separate instructions.

OMB No. 1545-0150
For IRS Use Only
Received by:
Name
Telephone
Function
Date / /

**Part I** **Power of Attorney**

**Caution:** *Form 2848 will not be honored for any purpose other than representation before the IRS.*

1 **Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| **Locus Telecommunications**<br>**111 Sylvan Avenue**<br>**Englewood Cliffs, New Jersey 07632-1514** | | **22 : 3488343** |
| | Daytime telephone number<br>( **201** ) **585-3600** | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

2 **Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| **Charles H. Helein**<br>**8180 Greensboro Drive, Suite 700**<br>**McLean, VA 22102** | CAF No. ..........<br>Telephone No. **703-714-1301**<br>Fax No. **703-714-1330**<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. ..........<br>Telephone No. ..........<br>Fax No. ..........<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. ..........<br>Telephone No. ..........<br>Fax No. ..........<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

3 **Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| **Excise** | **8849 (720)** | **2001, 2002, 2003** |
| | | MAY 31 2005 |
| | | |

4 **Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific uses not recorded on CAF.** . . . . . . . . . ▶ ☑

5 **Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See **Unenrolled Return Preparer** on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ..........

CINCINNATI IRS CENTER EXCISE UNIT
JUN 03 2005
INTERNAL REVENUE SERVICE RECEIVED

6 **Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH,** refund checks, initial here __________ and list the name of that representative below.

Name of representative to receive refund check(s) ▶ **N/A**

**For Privacy Act and Paperwork Reduction Notice, see page 4 of the instructions.** Cat. No. 11980J Form **2848** (Rev. 3-2004)

**7 Notices and communications**: Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.

a If you also want the second representative listed to receive a copy of notices and communications, check this box . . ▶ ☑

b If you do not want any notices or communications sent to your representative(s), check this box . . . . . . . . ▶ ☐

**8 Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here. . . . . . . . . . . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9 Signature of taxpayer(s).** If a tax matter concerns a joint return, **both** husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

[signature] ............ Signature — 6/29/04 Date — CEO & PRESIDENT Title (if applicable)

Jason Chon ............ Print Name — ☐☐☐☐☐ PIN Number — Locus Telecommunications ............ Print name of taxpayer from line 1 if other than individual

............ Signature — ............ Date — ............ Title (if applicable)

............ Print Name — ☐☐☐☐☐ PIN Number

**Part II Declaration of Representative**

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
b Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
c Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
d Officer—a bona fide officer of the taxpayer's organization.
e Full-Time Employee—a full-time employee of the taxpayer.
f Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).
h Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Treasury Department Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See **Unenrolled Return Preparer** on page 2 of the instructions.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.** See the Part II instructions.

| Designation—Insert above letter (a–h) | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
| a | DC | | |
| | | | |
| | | | |

# The Helein Law Group, LLLP

Telecommunications
E Commerce
Technology
Corporate & Finance
Trademarks
Proprietary Rights
Complex Litigation
General Business Law

8180 Greensboro Drive
Suite 700
McLean, VA 22102

(703) 714-1300 (Telephone)
(703) 714-1330 (Facsimile)
mail@thlglaw.com

Writer's Direct Dial Number

(703) 714-1300

Writer's E-mail Address

chh@thlglaw.com

May 26, 2005

**VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Internal Revenue Service
Cincinnati, Ohio 45999-0002

Re. Local Telecommunications – EIN 223488343
Form 8849 Claim for Refund of Taxes

Ladies and Gentlemen:

On behalf of Locus Telecommunications, Inc. ("Locus") transmitted herewith is its Form 8849 Claim for Refund of Excise Taxes, Schedule 6 Other Claims and proof of FET payment.

Should there be any questions regarding this matter, kindly contact the undersigned.

Respectfully submitted,

Charles H. Helein*

Enclosure

* See Form 2848 Power of Attorney for Charles H. Helein.

# EXHIBIT 5

**Responsive Filing to IRS Notice on April 2005 Claim – 8/12/05**

Chuck

# The Helein Law Group, LLLP

:lecommunications
E Commerce
Technology
Corporate & Finance
Trademarks
Proprietary Rights
Complex Litigation
eral Business Law

8180 Greensboro Drive
Suite 700
McLean, VA 22102

(703) 714-1300 (Telephone)
(703) 714-1330 (Facsimile)
mail@thlglaw.com

Writer's Direct Dial Number

(703) 714-1300

Writer's E-mail Address

chh@thlglaw.com

August 12, 2005

**VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Internal Revenue Service
Cincinnati, Ohio 45999-0002

Re. Local Telecommunications – EIN 223488343
Form 8849 Claim for Refund of Taxes

Reply: 2680325549
Aug. 02, 2005 LTR 916C E1
22-3488343 200506 03 000 08772
BODC: LM

Ladies and Gentlemen:

Per your August 2, 2005 letter, and on behalf of Locus Telecommunications, Inc. ("Locus") transmitted herewith is its revised Form 8849 Claim for Refund of Excise Taxes, Schedule 6 Other Claims and proof of FET payment for the April 1, 2005 through June 30, 2005 tax period.

Should there be any questions regarding this matter, kindly contact the undersigned.

Respectfully submitted,

Charles H. Helein*

Enclosure

* See Form 2848 Power of Attorney for Charles H. Helein.

Form **8849** (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant: LOCUS TELECOMMUNICATIONS

Employer identification number (EIN): 223483843

Address (number, street, room or suite no.): 111 SYLVAN AVE

Social security number (SSN):

City and state or province. If you have a foreign address, see page 2.: ENGLEWOOD CLIFFS NJ

ZIP code: 076321514

Foreign country, if applicable. Do not abbreviate.:

Month claimant's income tax year ends: 12

Daytime telephone number (optional):

**Caution:** ***Do not*** *use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on* ***Schedule C (Form 720)****, Claims,* ***Form 4136****, Credit for Federal Tax Paid on Fuels,* ***Form 2290****, Heavy Highway Vehicle Use Tax Return, or* ***Form 730****, Monthly Tax Return On Wagers.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, 5, and section 4091(d) claims on Schedule 6 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| **Schedule 3** | Gasohol Blending | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

Signature and title (if applicable) [signature] Date 8/11/05

Jason Chon

Type or print your name below signature.

For Privacy Act and Paperwork Reduction Act Notice, see instructions. Cat. No. 20027J Form **8849** (Rev. 1-2003)

**Schedule 6 (Form 8849)**
(Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Other Claims

▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1-5) |
|---|---|---|
| Locus Telecommunications | 223488343 | $ 469,000.00 |

Enter the earliest and latest **dates of the events** included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 04012005 Latest date ▶ 06302005

**Claimant's registration number** for Section 4091(d) claims. ▶ ____________

| | Tax | Amount of refund | | CRN |
|---|---|---|---|---|
| 1 | Excise Tax on Toll Telephone Services | $ 469,000 | 00 | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

**Excise tax paid on "toll telephone services" for which statute does not mandate payment. Pursuant to 1965 Excise Tax Reduction Act, "toll telephone service" means "a telephonic quality communication for which there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication." The toll telephone services for which excise taxes were paid during the relevant period were not distance sensitive. Therefore, excise taxes do not apply and an appropriate refund of payments is due.**

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1-5, including refunds of excise taxes reported on:

- **Form 720,** Quarterly Federal Excise Tax Return, including section 4091(d) claims;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use* ***Form 720X,*** *Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under **Where To File** in the Form 8849 instructions. If you are filing a Section 4091(d) claim, write "Section 4091(d)" at the top of Form 8849 and on the envelope. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

Form **2848**
(Rev. March 2004)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ Type or print. ▶ See the separate instructions.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name
Telephone
Function
Date / /

**Part I** **Power of Attorney**

**Caution:** *Form 2848 will not be honored for any purpose other than representation before the IRS.*

1 **Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Locus Telecommunications<br>111 Sylvan Avenue<br>Englewood Cliffs, New Jersey 07632-1514 | : : <br> : : | 22 : 3488343 |
| | Daytime telephone number<br>( 201 ) 585-3600 | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

2 **Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| Charles H. Helein<br>8180 Greensboro Drive, Suite 700<br>McLean, VA 22102 | CAF No. ..........<br>Telephone No. 703-714-1301<br>Fax No. 703-714-1330<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. ..........<br>Telephone No. ..........<br>Fax No. ..........<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. ..........<br>Telephone No. ..........<br>Fax No. ..........<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

3 **Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| Excise | 8849 (720) | 2001, 2002, 2003 |
| | | |
| | | |

4 **Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific uses not recorded on CAF** . . . . . . . . . ▶ ☑

5 **Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See **Unenrolled Return Preparer** on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ..........

6 **Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH**, refund checks, initial here ________ and list the name of that representative below.

Name of representative to receive refund check(s) ▶ N/A

For Privacy Act and Paperwork Reduction Notice, see page 4 of the instructions. Cat. No. 11980J Form **2848** (Rev. 3-2004)

**7 Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.

a If you also want the second representative listed to receive a copy of notices and communications, check this box . . ▶ ☑

b If you do not want any notices or communications sent to your representative(s), check this box . . . . . . . ▶ ☐

**8 Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here . . . . . . . . . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9 Signature of taxpayer(s).** If a tax matter concerns a joint return, **both** husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

| Signature | Date | Title (if applicable) |
|---|---|---|
| [signature] | 6/29/04 | CEO & PRESIDENT |

| Print Name | PIN Number | Print name of taxpayer from line 1 if other than individual |
|---|---|---|
| Jason Chon | ☐☐☐☐☐ | Locus Telecommunications |

| Signature | Date | Title (if applicable) |
|---|---|---|
| | | |

| Print Name | PIN Number |
|---|---|
| | ☐☐☐☐☐ |

**Part II Declaration of Representative**

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

b Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.

c Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.

d Officer—a bona fide officer of the taxpayer's organization.

e Full-Time Employee—a full-time employee of the taxpayer.

f Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).

g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).

h Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Treasury Department Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See **Unenrolled Return Preparer** on page 2 of the instructions.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.** See the Part II instructions.

| Designation—Insert above letter (a–h) | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
| a | DC | [signature] | 6/29/04 |
| | | | |
| | | | |

IRS Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0062

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514119

The IRS address must appear in the window.

2680325549

BODCD-LM

Letter Number: LTR0916C
Letter Date : 2005-08-02
Tax Period : 200506

*223488343*

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514119

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0062

223488343 WP 0000 03 2 200506 000 00000000000

IRS Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0062

In reply refer to: 2680325549
Aug. 02, 2005 LTR 916C E1
22-3488343 200506 03 000
08772
BODC: LM

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514119

Taxpayer Identification Number: 22-3488343
Kind of Tax: Communication Claim
Amount of Claim(s): $ 469,000.00

Date Claim(s) Received: May 31, 2005
Tax Period(s) Ending: June 30, 2005

Dear Taxpayer:

We are unable to process your claim for the tax period(s) shown above.

Please see the enclosed letter attachment, it explains why your claim Form 8849 was not consider. Please make the necessary corrections and resubmit your claim with a copy of this letter.

If you have any question please call Ms. Hudson at 1-866-699-4096 ext 2573 between the hours of 9:00am and 2:00pm. If you prefer to write please write to the address shown at the top of this letter.

If you have any questions, please call us toll free at 866-699-4096.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Keep a copy of this letter for your records.

Telephone Number (703) 714-1301 Hours 10 - 4

# ATTACHMENT TO LETTER

| NAME: **LOCUS TELECOMMUNICATIONS INC** | Year(s)/**Period**(s) Ended: **6/30/05** |
| --- | --- |

**NO CONSIDERATION**

We cannot allow your claim as filed at this time for the following reasons:

1. Since you file on a **quarterly basis**, you must provide us with a claim for the **entire quarter** so we can process your claim. You need to file your claim for the period of **4/1/05 - 6/30/05 at the end of the period**. The claim as filed is not processable and will not be considered for any purpose.

| payer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## .YMENT CONFIRMATION

## 'ur payment has been accepted.

. EFT Acknowledgement number has been provided for this payment. Please keep this number for your ords.

| | |
|---|---|
| EFT ACKNOWLEDGEMENT NUMBER: | 270510200246069 |
| PAYMENT INFORMATION | CONFIRMED DATA |
| xpayer EIN | 223488343 |
| ax Form | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| ax Type | Federal Tax Deposit |
| ayment Amount | $469,000.00 |
| x Period | June/2005 |
| ettlement Date | 4/12/2005 |
| Subcategories: | |
| 022 Toll,Eletyp,Exchg,Local Phone | $469,000.00 |

# EXHIBIT 6

**Demand Letter to United States of the Treasury – 5/16/05**

# The Helein Law Group, LLLP

Chuck copy

Telecommunications
E Commerce
Technology
Corporate & Finance
Trademarks
Proprietary Rights
Complex Litigation
General Business Law

8180 Greensboro Drive
Suite 700
McLean, VA 22102

(703) 714-1300 (Telephone)
(703) 714-1330 (Facsimile)
mail@thlglaw.com

Writer's Direct Dial Number
(703) 714-1300

Writer's E-mail Address
chh@thlglaw.com

May 16, 2005

OVERNIGHT DELIVERY

The Honorable John W. Snow
Secretary of the Treasury
Department of the Treasury
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

The Honorable J. Russell George
Treasury Inspector General For The Tax Administration
1125 15th Street, NW
Washington, D.C. 20005

Re. Complaint for Refund Pursuant to 26 U.S.C. § 7422(a)
Taxpayer: Locus Telecommunications, Inc.
EIN 223488344

Dear Mr. Secretary and Mr. Inspector General:

On behalf of Locus Telecommunications, Inc. ("Locus") and pursuant to 26 U.S.C. § 7422(a), please find filed herewith Locus' Complaint for Refund of Communications Excise Taxes paid for the period of January 01, 2001 through December 31, 2003.

**Summary of Claim**

For the relevant period of January 01, 2001 through December 31, 2003, Locus paid communications excise taxes on communications services. The services for which Locus paid taxes were not due under federal statute and Locus is entitled to a refund. Almost a year ago, May 28, 2004, Locus filed a claim with the IRS for a refund of these overpaid taxes that amounted to $9,287,866.78. However, to date, Locus has received neither its refund nor any indication that it is forthcoming. Locus again, requests the remittance of its refund, plus interest allowable under law, and formally files this

Complaint for Refund thereby placing you and your offices on notice that Locus is prepared to take action in the federal courts and file a Complaint in the event its refund is not received within 30 days.

**Basis for Claim**

The Internal Revenue Code imposes a tax on certain communications services often referred to as communications excise taxes. 26 U.S.C. §4251-4254. As amended in 1965, Section 4251 imposes a three percent (3%) tax on amounts paid for three categories of communications services, namely local telephone service, toll telephone service, and teletypewriter exchange service. Section 4252 defines each type of communication service. Of importance to the instant situation is the definition of "toll telephone service." "Toll telephone service" consists of services: those for which "there is a toll charge [paid in the United States] which varies in amount with the distance and elapsed transmission time of each individual communication " and a service entitling the subscriber to an unlimited number of communications to or from all or a substantial portion of a specified area in exchange for a periodic charge, commonly known as a "WATS" service. *Id.* at § 4252(b) (emphasis added).

Recently, six cases have been decided by federal trial courts and one federal appellate court addressing the applicability of the communications excise tax to toll telephone services. Notably, in each of these cases, the courts have held that the statute did not oblige the taxpayer to pay the excise tax. *See American Bankers Insurance Group v. United States, ___ F.3d ___ (11th Cir. May 10, 2005); America Online, Inc. v. United States*, 2005 WL 741847 (Fed Cl., March 30, 2005); *Honeywell Int'l, Inc. v. United States*, 64 Fed. Cl. 188, 202) (2005); *Reese Bros, Inc. v. United States*, 2004 WL 2901579, at *15 (W.D. Pa. Nov. 30, 2004); *National R.R. Passenger Corp. v. United States*, 338 F.Supp.2d 22, 30 (D.D.C. 2004); *Fortis, Inc. v. United States*, 2004 WL 2085528, at *16 (S.D.N.Y. Sept. 16, 2004); *Office Max, Inc. v. United States*, 309 F.Supp.2d 984, 1007 (N.D. Ohio 2004). As the courts in these cases found, for the tax to apply, the plain-meaning of Section 4252 "**unambiguously requires that a toll charge vary in amount according to both the distance and duration of calls.**" *AOL v. United States*, at *5 (emphasis added).

Like the taxpayers in the above cases, Locus paid taxes on services that it believed it owed for services under sections 4251 and 4252 of the Code. *See Income Tax Forms attached hereto.* After realizing it mistakenly overpaid its taxes for services not covered under Section 4252, on May 28, 2004, Locus timely filed a claim for refund of the communications excise tax for the taxable period of January 01, 2001 through December 31, 2003. *See attached refund claim and supporting documentation.* On several occasions Locus inquired about the status of its refund. The IRS has offered no reasonable explanations for the delay in the remittance of Locus' refund. Both the plain meaning of Section 4252, as well as the decisions of the federal courts, render any additional delay in the payment of Locus' refund improper.

## Conclusion

As set forth above and shown through the attached documentation, Locus has overpaid its Federal excise tax for the taxable period at issue. The government has refused or failed to refund any part of the overpayment. Locus is the sole owner of this claim and has made no assignment or transfer of any part of this claim. Locus is entitled to a refund of the communications excise taxes. In the event the refund is not received within the 30 day period specified, Locus will file an action against the United States with the United States Court of Federal Claims for the improper withholding of its refund.

Should there be any questions regarding this matter, kindly contact the undersigned.

Respectfully submitted,

Charles H. Helein*

Enclosures

cc: Arnold I. Havens, Treasury Department General Counsel
Nina E. Olson, National Taxpayer Advocate
Ade Adeniji, Internal Revenue Service
John Tauriello, Internal Revenue Service

* See Form 2848 Power of Attorney for Charles H. Helein.

# The Helein Law Group, LLLP

Communications
E Commerce
Technology
Corporate & Finance
Trademarks
Proprietary Rights
Complex Litigation
General Business Law

8180 Greensboro Drive
Suite 700
McLean, VA 22102

(703) 714-1300 (Telephone)
(703) 714-1330 (Facsimile)
mail@thlglaw.com

Writer's Direct Dial Number

703-714-1301

Writer's E-mail Address

chh@thlglaw.com

April 14, 2005

**VIA OVERNIGHT MAIL**

IRS
Attn: John Tauriello
200 Sheffield Street
Mountainside, NJ 07092

**RE: FET Refund Claim**

Dear Mr. Tauriello:

Per your request, we have included the requested documentation for Locus Telecommunications, Inc.'s filing information with the IRS for Federal Excise Tax Refund Claim purposes. You will find the tax reported per quarter beginning in 2001, and federal tax deposits made. The summary was obtained directly from the IRS and includes all transactions related to the FET account (Form 720). However, the summary only includes information up to second quarter of 2003. For the two quarters thereafter, the deposit receipts verifying payment to the IRS as well as copies of filed Form 720 are provided.

Please be further advised that this documentation was faxed to Ade Adeniji at the IRS office in Cincinnati on July 1, 2004 (see copy of fax attached).

An additional copy of this filing is also enclosed, to be date-stamped and returned in the postage-prepaid envelope provided. Should there be any questions regarding this filing, kindly contact the undersigned.

Regards,

Charles H. Helein

Enclosures

Telecommunications
E Commerce
Technology
Corporate & Finance
Trademarks
Proprietary Rights
Complex Litigation
General Business Law

# The Helein Law Group, LLC

8180 Greensboro Drive
Suite 700
McLean, VA 22102

(703) 714-1300 (Telephone)
(703) 714-1330 (Facsimile)
mail@thlglaw.com

Writer's Direct Dial Number

(703) 714-1301

Writer's E-mail Address

chh@thlglaw.com

FILE COPY

May 28, 2004

**Via Certified Mail – Return Receipt Requested**

Internal Revenue Service
Cincinnati, Ohio 45999-0002

***Re:*** ***Local Telecommunications – EIN 223488344***
***Form 8849 Claim for Refund of Taxes***

Ladies and Gentlemen:

On behalf of Locus Telecommunications ("Locus"), transmitted herewith is its Form 8849 Claim for Refund of Excise Taxes and Schedule 6 Other Claims.

Should there be any questions regarding this matter, kindly contact the undersigned.

Respectfully submitted,

Charles H. Helein by JSM

Charles H. Helein

CHH/sr
Enclosure

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To: IRS

7099 3400 0011 2258 6298

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark Here: 5/28/04

Name (Please Print Clearly) (to be completed by mailer): IRS

Street, Apt. No.; or PO Box No.

City, State, ZIP+4: Cincinnati, OHIO 45999-0002

PS Form 3800, July 1999 — See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Internal Revenue Service
Cincinnati, OH
45999-0002

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

INTERNAL REVENUE SERVICE
RECEIVED
JUN 01 2004
SERVICE CENTER DIRECTOR
COVINGTON, KY
MAIL UNIT 4.76

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7099 3400 0011 2258 6298

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-0835

Form **8849** (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant: LOCUS TELECOMMUNICATIONS

Employer identification number (EIN): 223486343

Address (number, street, room or suite no.): 111 SYLVAN AVE

Social security number (SSN):

City and state or province. If you have a foreign address, see page 2.: ENGLEWOOD CLIFFS NJ

ZIP code: 076321514

Foreign country, if applicable. Do not abbreviate.:

Month claimant's income tax year ends: 12

Daytime telephone number (optional):

**Caution:** ***Do not*** *use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on* ***Schedule C (Form 720)****, Claims,* ***Form 4136****, Credit for Federal Tax Paid on Fuels,* ***Form 2290****, Heavy Highway Vehicle Use Tax Return, or* ***Form 730****, Monthly Tax Return On Wagers.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, 5, and section 4091(d) claims on Schedule 6 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| **Schedule 3** | Gasohol Blending | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] CEO & President — Signature and title (if applicable)

Date: 5/27/2004

Jason Chon — Type or print your name below signature.

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.** Cat. No. 20027J Form **8849** (Rev. 1-2003)

Case 1:05-cv-01184-RHH Document 1-1 Filed 11/09/2005 Page 214 of 246

**Schedule 6 (Form 8849)** (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Other Claims

▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Locus Telecommunications | 223488343 | $ 9,287,877.78 |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 01012001 Latest date ▶ 12312003

Claimant's registration number for Section 4091(d) claims. ▶ ____________

| | Tax | Amount of refund | | CRN |
|---|---|---|---|---|
| 1 | Excise Tax on Toll Telephone Services | $ 9,287,877.78 | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

**Excise tax paid on "toll telephone services" for which statute does not mandate payment. Pursuant to 1965 Excise Tax Reduction Act, "toll telephone service" means "a telephonic quality communication for which there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication." The toll telephone services for which excise taxes were paid during the relevant period were not distance sensitive. Therefore, excise taxes do not apply and an appropriate refund of payments is due.**

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–5, including refunds of excise taxes reported on:

- **Form 720,** Quarterly Federal Excise Tax Return, including section 4091(d) claims;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under **Where To File** in the Form 8849 instructions. If you are filing a Section 4091(d) claim, write "Section 4091(d)" at the top of Form 8849 and on the envelope. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

The Helein Law Group, P.C
8180 Greensboro Drive
Suite 700
McLean, VA 22102

CERTIFIED MAIL

7099 3400 0011 2258 6298

MC LEAN VA

U.S. POSTAGE 04.42
METER

Internal Revenue Service
Cincinnati, Ohio 45999-0002

**THE HELEIN LAW GROUP, P.C.**
**8180 Greensboro Drive**
**Suite 700**
**McLean, Virginia 22102**
**Telephone: (703) 714-1300**
**Facsimile: (703) 714-1330**

**FACSIMILE TRANSMISSION**
******* For Immediate Delivery *******

DATE: July 1, 2004

TO: Ade Adeniji

COMPANY: IRS

FAX: 859-669-7128

REFERENCE: 470.99

FROM: Charles H. Helein

SENDER'S TELEPHONE: (703) 714-1301

SENDER'S FAX PHONE: (703) 714-1330

PAGES TRANSMITTED: 24, INCLUDING THIS SHEET.

IF THERE ARE ANY DIFFICULTIES IN RECEIVING THIS TRANSMISSION, PLEASE CONTACT (703) 714-1300 IMMEDIATELY. THANK YOU!

---

MESSAGE OR SPECIAL INSTRUCTIONS:

Mr. Adeniji,

As requested, attached is the excise tax payment history by calendar quarter beginning March 2001 and ending June 2003. We note that there is a slight discrepancy with the totals of the claim filed and the totals shown in the quarterly reports. The quarterly reports actually show a total that is $27,878.66 higher then the claim as filed. We believe this may be due to certain credits or reconciliations that were not accounted for. We are checking with the taxpayer and will report back to clear up this issue.

Charles H. Helein

**CONFIDENTIALITY NOTICE**

This facsimile transmission contains confidential information belonging to the sender, which may be legally privileged information. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the facsimile documents is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the original facsimile to us.

E NO-0001 IRS EMPLOYEE 0280536495

F REQUESTED 09-10-2003 PRINT DATE 09-10-2003

NUMBER: 720 TAX PERIOD: MAR 2001

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 09-01-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 09-01-2003 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

..X PER TAXPAYER: 833,834.18

-1-2001 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
)-2001 PROCESSING DATE

TRANSACTIONS

| EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|
| RETURN FILED AND TAX ASSESSED 17420-153-01307-1 | 09-10-2001 | 833,834.18 |
| FEDERAL TAX DEPOSIT | 01-24-2001 | 140,000.00- |
| FEDERAL TAX DEPOSIT | 02-09-2001 | 150,000.00- |
| FEDERAL TAX DEPOSIT | 02-26-2001 | 160,000.00- |
| FEDERAL TAX DEPOSIT | 03-09-2001 | 130,000.00- |
| FEDERAL TAX DEPOSIT | 03-26-2001 | 130,000.00- |
| OVERPAID CREDIT FROM PRIOR TAX PERIOD | 02-28-2001 | 53,538.16- |
| FEDERAL TAX DEPOSIT | 01-09-2001 | 160,000.00- |
| OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 05-31-2001 | 89,703.98 |

NO-0001 IRS EMPLOYEE 0280536495

REQUESTED 09-10-2003 PRINT DATE 09-10-2003

NUMBER: 720 TAX PERIOD: JUNE 2001

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 0.00
ACCRUED INTEREST: 0.00 AS OF 09-01-2003
ACCRUED PENALTY: 0.00 AS OF 09-01-2003

ACCOUNT BALANCE
PLUS ACCRUALS: 0.00

…X PER TAXPAYER: 829,346.12

…4-2001 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
…3-2001 PROCESSING DATE

TRANSACTIONS

| EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|
| RETURN FILED AND TAX ASSESSED 17420-251-01486-1 | 10-08-2001 | 829,346.12 |
| FEDERAL TAX DEPOSIT | 04-10-2001 | 140,000.00- |
| FEDERAL TAX DEPOSIT | 04-24-2001 | 140,000.00- |
| FEDERAL TAX DEPOSIT | 05-09-2001 | 125,000.00- |
| FEDERAL TAX DEPOSIT | 05-24-2001 | 120,000.00- |
| FEDERAL TAX DEPOSIT | 06-11-2001 | 120,000.00- |
| FEDERAL TAX DEPOSIT | 06-26-2001 | 120,000.00- |
| OVERPAID CREDIT FROM PRIOR TAX PERIOD | 05-31-2001 | 89,703.98- |
| OVERPAYMENT CREDIT TRANSFERRED 720 200012 | 08-31-2001 | 7,392.57 |
| OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 08-31-2001 | 17,965.29 |

NO-0001 IRS EMPLOYEE 0280536495

REQUESTED 09-10-2003 PRINT DATE 09-10-2003

NUMBER: 720 TAX PERIOD: SEPT 2001

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 0.00
CCRUED INTEREST: 0.00 AS OF 09-01-2003
ACCRUED PENALTY: 0.00 AS OF 09-01-2003

CCOUNT BALANCE
PLUS ACCRUALS: 0.00

PER TAXPAYER: 899,401.63

-4-2001 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
-2002 PROCESSING DATE

TRANSACTIONS

| EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|
| RETURN FILED AND TAX ASSESSED 17420-342-01982-1 | 01-07-2002 | 899,401.63 |
| FEDERAL TAX DEPOSIT | 07-10-2001 | 130,000.00- |
| FEDERAL TAX DEPOSIT | 07-24-2001 | 140,000.00- |
| FEDERAL TAX DEPOSIT | 08-09-2001 | 144,000.00- |
| FEDERAL TAX DEPOSIT | 08-24-2001 | 145,000.00- |
| FEDERAL TAX DEPOSIT | 09-11-2001 | 160,000.00- |
| OVERPAID CREDIT FROM PRIOR TAX PERIOD | 08-31-2001 | 17,965.29- |
| FEDERAL TAX DEPOSIT | 09-25-2001 | 160,000.00- |
| FAILURE TO PAY TAX PENALTY 200152 | 01-07-2002 | 24.36 |
| INTEREST ASSESSED 200152 | 01-07-2002 | 17.35 |
| OVERPAID CREDIT APPLIED 941 200003 | 11-30-2001 | 847.03- |
| INTEREST OVERPAYMENT CREDIT 941 200003 | 11-30-2001 | 98.74- |
| OVERPAID CREDIT APPLIED 720 200006 | 11-30-2001 | 1,490.57- |
| FAILURE TO PAY TAX PENALTY ABATED | 05-27-2002 | 24.36- |
| INTEREST ABATED | 05-27-2002 | 17.35- |

NO-0001 IRS EMPLOYEE 0280536495

REQUESTED 09-10-2003 PRINT DATE 09-10-2003

NUMBER: 720 TAX PERIOD: DEC 2001

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 09-01-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 09-01-2003 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

. PER TAXPAYER: 607,427.49

-06-2002 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
-2002 PROCESSING DATE

TRANSACTIONS

| EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|
| RETURN FILED AND TAX ASSESSED 17420-047-06783-2 | 03-11-2002 | 607,427.09 |
| FEDERAL TAX DEPOSIT | 09-27-2001 | 65,000.00- |
| FEDERAL TAX DEPOSIT | 10-10-2001 | 36,000.00- |
| FEDERAL TAX DEPOSIT | 10-24-2001 | 102,000.00- |
| FEDERAL TAX DEPOSIT | 11-13-2001 | 105,000.00- |
| FEDERAL TAX DEPOSIT | 11-23-2001 | 100,000.00- |
| FEDERAL TAX DEPOSIT | 12-11-2001 | 100,000.00- |
| FEDERAL TAX DEPOSIT | 12-24-2001 | 100,000.00- |
| OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 02-28-2002 | 572.51 |

NO-0001 IRS EMPLOYEE 0280536495

REQUESTED 09-10-2003 PRINT DATE 09-10-2003

NUMBER: 720 TAX PERIOD: MAR 2002

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 09-01-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 09-01-2003 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

( PER TAXPAYER: 618,013.89

J-2002 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
3-2002 PROCESSING DATE

TRANSACTIONS

| EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|
| RETURN FILED AND TAX ASSESSED 17420-131-01901-2 | 06-03-2002 | 618,013.89 |
| FEDERAL TAX DEPOSIT | 01-10-2002 | 100,000.00- |
| FEDERAL TAX DEPOSIT | 01-25-2002 | 100,000.00- |
| FEDERAL TAX DEPOSIT | 02-12-2002 | 105,000.00- |
| OVERPAID CREDIT FROM PRIOR TAX PERIOD | 02-28-2002 | 572.51- |
| FEDERAL TAX DEPOSIT | 02-27-2002 | 105,000.00- |
| FEDERAL TAX DEPOSIT | 03-12-2002 | 105,000.00- |
| FEDERAL TAX DEPOSIT | 03-27-2002 | 105,000.00- |
| FEDERAL TAX DEPOSIT | 04-10-2002 | 90,000.00- |
| FEDERAL TAX DEPOSIT | 04-25-2002 | 100,000.00- |
| OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 04-30-2002 | 2,558.62 |
| CORRECTION OF FEDERAL TAX DEPOSIT | 04-10-2002 | 90,000.00 |
| CORRECTION OF FEDERAL TAX DEPOSIT | 04-25-2002 | 100,000.00 |
| OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 04-30-2002 | 4,956.23 |
| CORRECTION OVERPAYMENT CREDIT ELECT | 04-30-2002 | 4,956.23- |

NO-0001 IRS EMPLOYEE 0280536495

REQUESTED 09-10-2003 PRINT DATE 09-10-2003

NUMBER: 720 TAX PERIOD: JUNE 2002

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 0.00
ACCRUED INTEREST: 0.00 AS OF 09-22-2003
ACCRUED PENALTY: 0.00 AS OF 09-22-2003

ACCOUNT BALANCE
PLUS ACCRUALS: 0.00

PER TAXPAYER: 656,513.42

-1-2002 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
-2002 PROCESSING DATE

TRANSACTIONS

| EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|
| RETURN FILED AND TAX ASSESSED | 09-02-2002 | [illegible] |
| 17420-215-08227-2 | | |
| FEDERAL TAX DEPOSIT | 05-10-2002 | 105,000.00- |
| OVERPAID CREDIT FROM PRIOR TAX PERIOD | 04-30-2002 | 2,558.62- |
| FEDERAL TAX DEPOSIT | 05-28-2002 | 120,000.00- |
| FEDERAL TAX DEPOSIT | 06-12-2002 | 110,000.00- |
| FEDERAL TAX DEPOSIT | 06-26-2002 | 190,000.00- |
| FEDERAL TAX DEPOSIT | 07-10-2002 | 110,000.00- |
| OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT | 07-25-2002 | 110,000.00- |
| TAX PERIOD | 07-31-2002 | 61,045.20 |
| CORRECTION OF FEDERAL TAX DEPOSIT | 07-25-2002 | 110,000.00 |
| OVERPAID CREDIT FROM PRIOR TAX PERIOD | 04-30-2002 | 4,956.23- |
| CORRECTION OF OVERPAID CREDIT | 04-30-2002 | 4,956.23 |
| FEDERAL TAX DEPOSIT | 04-10-2002 | 90,000.00- |
| FEDERAL TAX DEPOSIT | 04-25-2002 | 100,000.00- |
| INTEREST DUE TAXPAYER | 09-23-2002 | 454.23- |
| REFUND | 09-23-2002 | 105,498.00 |
| FEDERAL TAX DEPOSIT PENALTY | 10-14-2002 | 2,282.22 |
| 200240 | | |
| ADDITIONAL TAX ASSESSED | 10-14-2002 | 0.00 |
| 17454-667-14025-2 200240 | | |
| ASSESSMENT STATUTE EXPIR | 11-12-2002 | |
| DATE EXTEND TO 08-31-2005 | | |
| INTEREST DUE TAXPAYER REVERSED | 09-23-2002 | 454.23 |
| CANCELED REFUND CHECK | 09-23-2002 | 105,498.00- |

*************************CONTINUED ON NEXT PAGE*****************************

NO-0001

IRS EMPLOYEE 0280536495

REQUESTED 09-10-2003

PRINT DATE 09-10-2003

NUMBER: 720

TAX PERIOD: SEPT 2002

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119

BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 09-15-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 09-15-2003 |

ACCOUNT BALANCE PLUS ACCRUALS: 0.00

PER TAXPAYER: 696,009.47

-2002 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
9-2002 PROCESSING DATE

TRANSACTIONS

| EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|
| RETURN FILED AND TAX ASSESSED 17420-306-06669-2 | 12-09-2002 | 696,009.47 |
| FEDERAL TAX DEPOSIT | 08-12-2002 | 110,000.00- |
| OVERPAID CREDIT FROM PRIOR TAX PERIOD | 07-31-2002 | 61,045.20- |
| FEDERAL TAX DEPOSIT | 08-27-2002 | 120,000.00- |
| FEDERAL TAX DEPOSIT | 07-25-2002 | 110,000.00- |
| FEDERAL TAX DEPOSIT | 09-11-2002 | 110,000.00- |
| FEDERAL TAX DEPOSIT | 09-25-2002 | 110,000.00- |
| FEDERAL TAX DEPOSIT | 09-30-2002 | 80,000.00- |
| FEDERAL TAX DEPOSIT | 10-10-2002 | 40,000.00- |
| FEDERAL TAX DEPOSIT | 10-25-2002 | 110,000.00- |
| CORRECTION OF FEDERAL TAX DEPOSIT | 10-10-2002 | 40,000.00 |
| CORRECTION OF FEDERAL TAX DEPOSIT | 09-30-2002 | 80,000.00 |
| OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 10-31-2002 | 35,035.73 |
| FEDERAL TAX DEPOSIT PENALTY 200312 | 03-31-2003 | 25,328.11 |
| ADDITIONAL TAX ASSESSED 17454-469-13002-3 200312 | 03-31-2003 | 0.00 |
| OVERPAID CREDIT APPLIED 720 200303 | 04-30-2003 | 16,991.72- |
| FEDERAL TAX DEPOSIT PENALTY ABATED | 03-31-2003 | 25,328.11- |
| ADDITIONAL TAX ASSESSED 17454-612-15030-3 200332 | 08-18-2003 | 0.00 |
| FEDERAL TAX DEPOSIT | 07-10-2002 | 110,000.00- |
| CORRECTION OF FEDERAL TAX DEPOSIT | 10-25-2002 | 110,000.00 |

*************************CONTINUED ON NEXT PAGE*****************************

NO-0001

REQUESTED 09-10-2003

NUMBER: 720

IRS EMPLOYEE 0280536495

PRINT DATE 09-10-2003

TAX PERIOD: DEC 2002

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119

BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 09-15-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 09-15-2003 |
| CCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

K PER TAXPAYER: 732,916.52

1-2003 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
-2003 PROCESSING DATE

TRANSACTIONS

| EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|
| RETURN FILED AND TAX ASSESSED 17420-046-01758-3 | 04-14-2003 | 732,916.52 |
| FEDERAL TAX DEPOSIT | 11-13-2002 | 120,000.00- |
| FEDERAL TAX DEPOSIT | 10-10-2002 | 40,000.00- |
| FEDERAL TAX DEPOSIT | 09-30-2002 | 80,000.00- |
| OVERPAID CREDIT FROM PRIOR TAX PERIOD | 10-31-2002 | 35,035.73- |
| FEDERAL TAX DEPOSIT | 11-27-2002 | 120,000.00- |
| FEDERAL TAX DEPOSIT | 12-11-2002 | 120,000.00- |
| OVERPAID CREDIT APPLIED 720 200206 | 07-31-2002 | ~~53,695.75-~~ |
| FEDERAL TAX DEPOSIT | 12-24-2002 | 130,000.00- |
| FAILURE TO PAY TAX PENALTY 200314 | 04-14-2003 | 438.43 |
| INTEREST ASSESSED 200314 | 04-14-2003 | 293.73 |
| FEDERAL TAX DEPOSIT PENALTY 200326 | 07-07-2003 | 9,503.49 |
| ADDITIONAL TAX ASSESSED 17454-568-13000-3 200326 | 07-07-2003 | 0.00 |
| FAILURE TO PAY TAX PENALTY 200326 | 07-07-2003 | 730.73 |
| INTEREST ASSESSED 200326 | 07-07-2003 | 346.73 |
| FEDERAL TAX DEPOSIT PENALTY ABATED | 07-07-2003 | 9,503.49- |
| ADDITIONAL TAX ASSESSED 17454-612-15031-3 200332 | 08-18-2003 | 0.00 |

************************CONTINUED ON NEXT PAGE*****************************

E NO-0001

D REQUESTED 09-10-2003 IRS EMPLOYEE 0280536495

NUMBER: 720 PRINT DATE 09-10-2003

TAX PERIOD: MAR 2003

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 09-15-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 09-15-2003 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |
| X PER TAXPAYER: | 733,008.28 | |

5-2003 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
-2003 PROCESSING DATE

TRANSACTIONS

| EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|
| RETURN FILED AND TAX ASSESSED 17420-123-08305-3 | 06-23-2003 | 733,008.28 |
| FEDERAL TAX DEPOSIT | 01-13-2003 | 120,000.00- |
| FEDERAL TAX DEPOSIT | 01-24-2003 | 130,000.00- |
| FEDERAL TAX DEPOSIT | 02-07-2003 | 130,000.00- |
| FEDERAL TAX DEPOSIT | 02-21-2003 | 130,000.00- |
| FEDERAL TAX DEPOSIT | 03-07-2003 | 120,000.00- |
| FEDERAL TAX DEPOSIT | 03-21-2003 | 120,000.00- |
| OVERPAYMENT CREDIT TRANSFERRED 720 200209 | 04-30-2003 | 16,991.72 |
| CREDIT TRANSFER REVERSED 720 200209 | 04-30-2003 | 16,991.72- |
| OVERPAID CREDIT FROM PRIOR TAX PERIOD | 01-31-2003 | 22,119.21- |
| OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 04-30-2003 | 39,110.93 |

E NO-0001

F REQUESTED 09-10-2003 IRS EMPLOYEE 0280536495

NUMBER: 720 PRINT DATE 09-10-2003

TAX PERIOD: JUNE 2003

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 0.00
ACCRUED INTEREST: 0.00 AS OF 09-15-2003
ACCRUED PENALTY: 0.00 AS OF 09-15-2003

ACCOUNT BALANCE
PLUS ACCRUALS: 0.00

X PER TAXPAYER: 812,785.44

-2003 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
-2003 PROCESSING DATE

TRANSACTIONS

| EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|
| RETURN FILED AND TAX ASSESSED 17420-207-02689-3 | 09-15-2003 | [illegible] |
| FEDERAL TAX DEPOSIT | 04-04-2003 | 130,000.00- |
| FEDERAL TAX DEPOSIT | 04-18-2003 | 130,000.00- |
| FEDERAL TAX DEPOSIT | 05-12-2003 | 130,000.00- |
| FEDERAL TAX DEPOSIT | 05-27-2003 | 130,000.00- |
| FEDERAL TAX DEPOSIT | 06-11-2003 | 140,000.00- |
| FEDERAL TAX DEPOSIT | 06-26-2003 | 140,000.00- |
| OVERPAID CREDIT FROM PRIOR TAX PERIOD | 04-30-2003 | 39,110.93- |
| OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 07-31-2003 | 26,325.49 |

**DEPOSIT RECEIPT**

Q3 2003

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00349
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

SUBSCR ID: 1832602

*CALL DATE*

*TRANS TYPE*

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 07/10/03 | 422541 | 22348XXXX | 720 | P | 150,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 150,000.00 DEBIT DATE: 07/10/03

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00292
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

SUBSCR ID: 1832602

CALL DATE
TRANS TYPE

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 07/24/03 | 547610 | 22348XXXX | 720 | P | 150,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 150,000.00 DEBIT DATE: 07/24/03

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS -
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00292
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

SUBSCR ID: 1832602

CALL DATE
TRANS TYPE

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| ..LL ..ATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| ..d/08/03 | 686977 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

..NK ACCOUNT NUMBER: B0007212521965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 08/08/03

..S DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS ..EIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL ..ORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00302
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

SUBSCR ID: 1832602

*CALL DATE*

*TRANS TYPE*

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| ...L ...TE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| ...6/25/03 | 806601 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

...K ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 08/25/03

...S DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS ...EIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL ...ORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

00526

SUBSCR ID: 1832602

CALL DATE

TRANS TYPE

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 9/08/03 | 914557 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 60007212521965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 09/08/03

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

RECEIVED 9/3-/05

TEL: (718) 242-7737

Aileen Chun
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

00231

SUBSCR ID: 1832602

CALL DATE

TRANS TYPE

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/24/03 | 051397 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 09/24/03

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

RECEIVED 10/2/03

Aileen Chun
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

00452

SUBSCR ID: 1832602

*CALL DATE*

*TRANS TYPE*

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/26/03 | 069694 | 22348XXXX | 720 | P | 130,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 130,000.00 DEBIT DATE: 09/26/03

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

Q4 2003

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

00255

SUBSCR ID: 1832602

CALL DATE

TRANS TYPE

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 10/08/03 | 166999 | 22348XXXX | 720 | P | 40,000.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: B00072125 21965 TOTAL DEBIT: 40,000.00 DEBIT DATE: 10/08/03

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

## DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00254
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

*CALL DATE*

*TRANS TYPE*

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| ALL ATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 10/23/03 | 294780 | 22348XXXX | 720 | P | 160,000.00 | 4/03 | QUARTERLY |

ANK ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 160,000.00 DEBIT DATE: 10/23/03

HIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS CEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL FORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

## DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00747
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 11/12/03 | 448847 | 22348XXXX | 720 | P | 165,000.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 165,000.00 DEBIT DATE: 11/12/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

00526

SUBSCR ID: 1832602

*CALL DATE*

*TRANS TYPE*

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 11/24/03 | 551581 | 22348XXXX | 720 | P | 167,000.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 167,000.00 DEBIT DATE: 11/24/03

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

00592

SUBSCR ID: 1832602

*CALL DATE*

*TRANS TYPE*

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| ...L ...E | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| ...'09/03 | 666605 | 22348XXXX | 720 | P | 127,500.00 | 4/03 | QUARTERLY |

...K ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 127,500.00 DEBIT DATE: 12/09/03

...S DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS ...EIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL ...RMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

00316

SUBSCR ID: 1832602

CALL DATE
TRANS TYPE

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|
| /24/03 804786 | 22348XXXX | 720 | P | 127,000.00 | 4/03 | QUARTERLY |

ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 127,000.00 DEBIT DATE: 12/24/03

DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS
IPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL
RMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

Form **2848**
(Rev. March 2004)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ Type or print. ▶ See the separate instructions.

OMB No. 1545-0150
For IRS Use Only
Received by:
Name
Telephone
Function
Date / /

**Part I** Power of Attorney

**Caution:** *Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1 Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| **Locus Telecommunications**<br>**111 Sylvan Avenue**<br>**Englewood Cliffs, New Jersey 07632-1514** | | **22 : 3488343** |
| | Daytime telephone number ( **201** ) **585-3600** | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| **Charles H. Helein**<br>**8180 Greensboro Drive, Suite 700**<br>**McLean, VA 22102** | CAF No. ..........<br>Telephone No. **703-714-1301**<br>Fax No. **703-714-1330**<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. ..........<br>Telephone No. ..........<br>Fax No. ..........<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. ..........<br>Telephone No. ..........<br>Fax No. ..........<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| **Excise** | **8849 (720)** | **2001, 2002, 2003** |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific uses not recorded on CAF.** . . . . . . . . . ▶ ☑

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See **Unenrolled Return Preparer** on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ..........

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH**, refund checks, initial here ______ and list the name of that representative below.

Name of representative to receive refund check(s) ▶ **N/A**

7 **Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.

a If you also want the second representative listed to receive a copy of notices and communications, check this box . . ▶ ☑

b If you do not want any notices or communications sent to your representative(s), check this box . . . . . . . . ▶ ☐

8 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here. . . . . . . . . . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9 **Signature of taxpayer(s).** If a tax matter concerns a joint return, **both** husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

[signature] Signature — 6/29/04 Date — CEO & PRESIDENT Title (if applicable)

Jason Chon Print Name — ☐☐☐☐☐ PIN Number — Locus Telecommunications Print name of taxpayer from line 1 if other than individual

Signature — Date — Title (if applicable)

Print Name — ☐☐☐☐☐ PIN Number

**Part II** **Declaration of Representative**

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
b Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
c Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
d Officer—a bona fide officer of the taxpayer's organization.
e Full-Time Employee—a full-time employee of the taxpayer.
f Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).
h Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Treasury Department Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See **Unenrolled Return Preparer** on page 2 of the instructions.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.** See the Part II instructions.

| Designation—Insert above letter (a–h) | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
| a | DC | | |
| | | | |
| | | | |

# EXHIBIT 7

Responsive Letter of Treasury to Demand Letter – 6/15/05

 Chuck

DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

INSPECTOR GENERAL
for TAX
ADMINISTRATION

JUN 15 2005

Charles H. Helein
8180 Greensboro Drive, Suite 700
McLean, Virginia 22102

Dear Mr. Helein:

This is to acknowledge receipt of your complaint by the Office of the Treasury Inspector General for Tax Administration (TIGTA). We have reviewed your complaint and determined that this matter would more appropriately be handled by the Internal Revenue Service. Therefore, we have forwarded your complaint to the Internal Revenue Service for appropriate action.

We regret this office cannot be of further assistance to you regarding this matter.

Sincerely,

Grace A. Sutton
Assistant Special Agent in Charge
Complaint Management

# EXHIBIT 8

IRS Notice of Continued Application of Suspense Policy – 10/20/05

Part III – Administrative, Procedural, and Miscellaneous

Communications Excise Tax; § 4251

Notice 2005-79

The government's recent loss in American Bankers Ins. Group v. United States, 408 F.3d 1328 (11th Cir. 2005), rev'g 308 F. Supp. 2d 1360 (S.D. Fla. 2004), has caused some to question the continued applicability of the communications excise tax imposed by § 4251 of the Internal Revenue Code.

The government did not seek review by the United States Supreme Court in American Bankers Insurance Group. Nevertheless, the government will continue to litigate this important issue. The government is prosecuting appeals in five different circuits. The appeal in Office Max v. United States, 309 F. Supp. 2d 984 (N.D. Ohio 2004), has been briefed and argued, and the parties are awaiting a decision.

This notice confirms that the Service will continue to assess and collect the tax under § 4251 on all taxable communications services, including communications services similar to those at issue in the cases. Collectors should continue to collect the tax, including from taxpayers within the jurisdiction of the United States Court of Appeals for the Eleventh Circuit.

Persons paying for taxable communications services (taxpayers) are required to pay the tax to a collecting agent (the person receiving the payment on which tax is imposed), and collecting agents are required to pay over the tax to the United States Treasury and to file the required returns. Taxpayers may preserve any claims for overpayments by filing administrative claims for refund with the Service pursuant to § 6511. Taxpayers are advised, however, that these claims, including claims for which appellate venue would lie in the United States Court of Appeals for the Eleventh Circuit, will not be processed while there are pending cases in other United States Courts of Appeals.

EFFECT ON OTHER DOCUMENTS

Notice 2004-57, 2004-34 I.R.B. 376, is superseded.

DRAFTING INFORMATION

The principal author of this notice is Barbara B. Franklin of the Office of Associate Chief Counsel (Passthroughs and Special Industries). For further information regarding this notice Contact Cynthia A. McGreevy at (202) 622-3130 (not a toll-free call).