# In the United States Court of Federal Claims

No. 06-277T
(Filed July 27, 2006)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * | * |
| | * |
| **LOCUS TELECOMMUNICATIONS, INC.**, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES**, | * |
| | * |
| Defendant, | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * | |

## ORDER

The Court has reviewed the parties' joint motion for a 90 day suspension of proceedings in order that settlement may be pursued. The motion is hereby GRANTED. The case is STAYED until October 24, 2006. The parties shall file a joint status report on or by October 24, 2006.

**IT IS SO ORDERED.**

/s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge