IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-277 T
(JUDGE WOLSKI)

LOCUS TELECOMMUNICATIONS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

MOTION FOR CONTINUATION OF SUSPENSION OF PROCEEDINGS

Pursuant to RCFC 7(b), the parties respectfully move for an additional 90-day suspension of all further proceedings in this case. As good reason therefore, the parties state as follows:

At this juncture, counsel for the parties continue their efforts to settle the damages portion of this case in response to IRS Notice 2006-50, which conceded the underlying legal issue in this action. Plaintiff has notified defendant that it has been unavoidably delayed in producing additional substantiation for the amounts for which it claims a refund while defendant's counsel will continue to need to examine plaintiff's additional documents to verify the amounts claimed. Counsel for the parties remain confident that they will be able to resolve informally any discrepancies with respect to the amounts claimed. Thus, the parties believe it would be prudent to pursue settlement of the damages without proceeding with any further formal activities in this case. Continuation of this course of action would allow the parties to avoid the time and expense of conducting such activities, which would be rendered superfluous in the event of a settlement.

Accordingly, the parties respectfully request that the Court grant an additional 90-day suspension of proceedings in this action.[1]

Respectfully submitted,

s/Charles H. Helein
CHARLES H. HELEIN
The Helein Law Group, P.C.
8180 Greensboro Drive
Suite 700
McLean, VA 22102
(703) 714-1300
(703) 714-1330 (fax)

Attorneys for Plaintiffs

October 24, 2006
Date

s/G. Robson Stewart
G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief
Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/David Gustafson
Of Counsel

October 24, 2006
Date

Attorneys for Defendant

1 G. Robson Stewart, Attorney of Record for the U.S. Department of Justice, Tax Division authorizes Charles H. Helein of The Helein Law Group, P.C. to e-sign this Motion for Continuation of Suspension of Proceedings on their behalf.