# In the United States Court of Federal Claims

No. 06-277T
(Filed January 26, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * *
**LOCUS TELECOMMUNICATIONS, INC.**,

Plaintiff,

v.

**THE UNITED STATES**,

Defendant,
* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the parties' joint motion to suspend proceedings for an additional ninety (90) days so that settlement may be pursued. The motion is hereby **GRANTED**. The case is **STAYED** until April 24, 2007. The parties shall file a joint status report on or by April 24, 2007.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge