IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-277 T
(JUDGE WOLSKI)

LOCUS TELECOMMUNICATIONS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

## MOTION FOR CONTINUATION OF SUSPENSION OF PROCEEDINGS

Pursuant to RCFC 7(b), the parties respectfully move for an additional 90-day suspension of all further proceedings in this case. As good reason therefore, the parties state as follows:

Counsel for the parties have continued their efforts to settle the damages portion of this case in response to IRS Notice 2006-50, which conceded the underlying legal issue in this action. Counsel for the parties continue to work on resolving informally any questions concerning the refund amount due. Thus, the parties believe that the more prudent course is to continue to pursue settlement of the amount of the refunds due without resort to more formal actions and avoid the time and expense of such actions.

Accordingly, the parties respectfully request that the Court grant an additional 90-day suspension of proceedings in this action.[1]

---

1 G. Robson Stewart, Attorney of Record for the U.S. Department of Justice, Tax Division authorizes Charles H. Helein of Helein & Marashlian, LLC to e-sign this Motion for Continuation of Suspension of Proceedings on their behalf.

Respectfully submitted,

s/Charles H. Helein
CHARLES H. HELEIN
Helein & Marashlian, LLC
The CommLaw Group
1483 Chain Bridge Road, Suite 301
McLean, VA 22101
(703) 714-1300
(703) 714-1330 (fax)

Attorneys for Plaintiffs

April 23, 2007
Date

s/G. Robson Stewart
G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief
Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/David Gustafson
Of Counsel

April 23, 2007
Date

Attorneys for Defendant