# In the United States Court of Federal Claims

No. 06-277T
(Filed April 25, 2007)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * | * |
| | * |
| **LOCUS TELECOMMUNICATIONS, INC.**, | * |
| | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES**, | * |
| | * |
| Defendant, | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

The Court has reviewed the parties' joint motion to suspend proceedings for an additional ninety (90) days so that settlement may be pursued. The motion is hereby **GRANTED**. The case is **STAYED** until July 24, 2007. The parties shall file a joint status report on or by July 24, 2007.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge