# In the United States Court of Federal Claims

No. 06-277T
(Filed July 25, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * *

**LOCUS TELECOMMUNICATIONS, INC.**,

Plaintiff,

v.

**THE UNITED STATES**,

Defendant,

* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the parties' joint motion to suspend proceedings for an additional ninety (90) days so that settlement may be pursued and so that the parties may stipulate to the dismissal of the settled portion of the claims. The motion is hereby **GRANTED**. The case is **STAYED** until October 22, 2007. The parties shall file a joint status report on or by October 22, 2007.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge