IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-277 T
(JUDGE WOLSKI)

LOCUS TELECOMMUNICATIONS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

MOTION FOR CONTINUATION OF SUSPENSION OF PROCEEDINGS

Pursuant to RCFC 7(b), the parties respectfully move for an additional 90-day suspension of all further proceedings in this case. As good reason therefore, the parties state as follows:

A significant portion of the claims in this case has been settled through the administrative process of the Internal Revenue Service. Confirmation of this settlement through the IRS was received July 24, 2007 and although the refund being made by the IRS has not yet issued, its processing is in the ministerial and final stage and should issue shortly.

In consequence, counsel for the parties have agreed to file a joint stipulation of partial dismissal as to the portion of the claims that have been settled through the IRS. The joint stipulation of partial dismissal has been delayed by reason of the unanticipated delay in the IRS issuing the approved refund. Given the fact that it is certain that the refund will issue from the IRS, the parties will undertake to file the joint stipulation of partial dismissal shortly.

As to the portion of the claims remaining, counsel for the parties will continue their efforts to

settle the damages portion of this case in response to IRS Notice 2006-50, which conceded the underlying legal issue in this action. Counsel for the parties continue to work on resolving informally any questions concerning the remaining refund amount that is due. Thus, the parties believe that the more prudent course is to continue to pursue settlement of the amount of the refunds due without resort to more formal actions and avoid the time and expense of such actions.

Accordingly, the parties respectfully request that the Court grant an additional 90-day suspension of proceedings in this action.[1]

Respectfully submitted,

s/Charles H. Helein
CHARLES H. HELEIN
Helein & Marashlian, LLC
The CommLaw Group
1483 Chain Bridge Road, Suite 301
McLean, VA 22101
(703) 714-1300
(703) 714-1330 (fax)

Attorneys for Plaintiffs

October 22, 2007
Date

s/G. Robson Stewart
G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief
Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/David Gustafson
Of Counsel

October 22, 2007
Date
Attorneys for Defendant

[1] G. Robson Stewart, Attorney of Record for the U.S. Department of Justice, Tax Division authorizes Charles H. Helein of Helein & Marashlian, LLC to e-sign this Motion for Continuation of Suspension of Proceedings on their behalf.