# In the United States Court of Federal Claims

No. 06-277T
(Filed October 22, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * *

**LOCUS TELECOMMUNICATIONS, INC.**,

Plaintiff,

v.

**THE UNITED STATES**,

Defendant,

* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the parties' joint motion to suspend proceedings for an additional ninety (90) days so that settlement may be pursued and so that the parties may stipulate to the dismissal of the settled portion of the claims. The motion is hereby **GRANTED**. The case is **STAYED** until January 21, 2008. The parties shall file a joint status report on or by January 21, 2008.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge