IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-277 T
(Judge Wolski)

LOCUS TELECOMMUNICATIONS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT AND MOTION FOR CONTINUANCE

Pursuant to RCFC 7(b), the parties respectfully submit this joint status report and jointly move for an additional 90-day continuance before proceeding in this case. In support whereof, the following is shown:

1. A significant portion of the claims in this case has been settled through the administrative processes of the Internal Revenue Service ("IRS").

2. On January 22, 2008, parties are filing a joint stipulation for partial dismissal with respect to the portion of the claims refunded by the IRS.

3. This case includes refund claims for the 2004 through April 2005 period totaling $8,611,011.54.

4. The IRS has issued a refund for these claims in the total amount of $6,641,698.31.

5. The amount remaining in controversy herein is $1,969,313.23.

6. The amounts remaining in controversy by applicable tax quarter are:

| | |
|---|---|
| 200403 | $ 85,131.71 |
| 200406 | $207,019.78 |
| 200409 | $369,878.03 |
| 200412 | $426,600.30 |
| 200503 | $880,683.40 |
| Total Amount Remaining | $1,969,313.12 |

7. Counsel for the parties have agreed to continue their efforts to settle informally the remaining amount in controversy.

8. The parties therefore request the Court grant an additional 90-day suspension of proceedings in this action.

9. It is Plaintiff's intent to have a settlement on the balance of its claims within the 90-day period following.

10. In the event settlement is not reached on or before that date, the Court will be asked to grant a further deferral of this case while the parties either continue their efforts at settlement, agree to submit cross-motions for summary judgment, or ask for such further relief as may then appear appropriate.

11. Accordingly, the parties respectfully request that the Court grant an additional 90-day suspension of proceedings in this action.[1]

Respectfully submitted,

s/Charles H. Helein
CHARLES H. HELEIN
Helein & Marashlian, LLC
The CommLaw Group
1483 Chain Bridge Road, Suite 301

s/G. Robson Stewart
G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division

[1] G. Robson Stewart, Attorney of Record for the U.S. Department of Justice, Tax Division, authorized Charles H. Helein of Helein & Marashlian, LLC to e-sign this Joint Stipulation of Partial Dismissal on Defendants' behalf.

McLean, VA 22101
(703) 714-1300
(703) 714-1330 (fax)

Attorneys for Plaintiffs

January 22, 2008

Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

NATHN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief
Court of Federal Claims Section

s/David Gustafson
Of Counsel

January 22, 2008

Attorneys for Defendant