IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-277 T
(Judge Wolski)

LOCUS TELECOMMUNICATIONS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

# JOINT STIPULATION FOR PARTIAL DISMISSAL OF PROCEEDINGS

Pursuant to RCFC 41(a)(1), the parties respectfully stipulate the partial dismissal of Plaintiff's claims in this case and state the following:

1. This case derives from a companion tax refund case pending in this court, 05-1184 T ('05 Case) and includes those refund claims for the 2004 through April 2005 period totaling $8,611,011.54.

2. The IRS has issued a refund for this period based on customer consents provided by the Plaintiff, in the total amount of $6,641,698.31, and this is the total amount of Plaintiff's claim being voluntarily dismissed from this case.

3. Schedule A attached hereto is a chart identifying the customers that provided consents and the corresponding amounts of FET for which the IRS has paid refunds to Plaintiff.

4. Schedule B attached hereto is a reconciliation of the FET claimed by Plaintiff, the total refunds made by the IRS in this case and its companion case for which a motion to consolidate

remains pending, and the total amounts that remain in controversy in both cases.

5. It is hereby stipulated and agreed that plaintiff's claims for the amounts set forth below, raised in Plaintiff's complaint in the above-captioned case, be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation:

| | |
|---|---|
| 200403 | $ 908,514.60 |
| 200406 | $1,113,473.11 |
| 200409 | $1,339,723.47 |
| 200412 | $1,383,337.25 |
| 200503 | $1,427,649.89 |
| 2005(April) | $ 469,000.00 |
| Total Amount | $6,641,698.32 |

6. After dismissal of plaintiff's claims for those amounts, the amount in controversy remaining before this court in the above-captioned case totals $1,969,313.12, and is broken down by quarters as follows:

| | |
|---|---|
| 200403 | $ 85,131.71 |
| 200406 | $207,019.78 |
| 200409 | $369,878.03 |
| 200412 | $426,600.30 |
| 200503 | $880,683.40 |
| Total Amount Remaining | $1,969,313.12 |

7. Accordingly, the parties respectfully request that the Court grant partial dismissal, with prejudice, of Plaintiff's claims as herein stipulated.

Respectfully submitted,

s/Charles H. Helein
CHARLES H. HELEIN
Helein & Marashlian, LLC

s/G. Robson Stewart
G. ROBSON STEWART
Attorney of Record

The CommLaw Group
1483 Chain Bridge Road, Suite 301
McLean, VA 22101
(703) 714-1300
(703) 714-1330 (fax)

Attorneys for Plaintiffs

January 22, 2008
Date

U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief
Court of Federal Claims Section

s/David Gustafson
Of Counsel

January 22, 2008
Date

Attorneys for Defendant

Locus Telecommunications, Inc. v. United States
1:05-cv-1184T (RHH) and 1:06-cv-00277T (VJW)

SCHEDULE A

CONSENTS AND FET PAYMENTS
REFUNDED BY THE IRS AS OF JANUARY 22, 2008

COMMON TO
JOINT STIPULATIONS FOR PARTIAL DISMISSALS

| Consent | Amount of FET paid |
|---|---|
| Ambe Sports Cards, Inc. | $ 277,388.44 |
| Advanced Telecom Solutions | $ 501,056.92 |
| Boston Phonecard Wholesale | $ 172,300.32 |
| Calling Card Plus | $ 152,892.42 |
| Callplus Int'l (CPI) | $ 1,180,932.15 |
| Cristel Telecom, Inc. | $ 2,136,042.38 |
| Debit Connection | $ 1,130,198.39 |
| Future Expo, Inc. | $ 48,231.73 |
| Global Communications Network | $ 2,587.50 |
| Hello Tel Investment, Inc. | $ 487,207.10 |
| Honolulu Candy | $ 31,428.62 |
| Intercom, Inc. | $ 3,216,096.56 |
| Kim's Supply | $ 202,858.60 |
| Kwon S Enters (Payless Link) | $ 922,810.70 |
| Kyung Taek Chang (Unicom) | $ 157,150.93 |
| LB International | $ 2,175,420.13 |
| The Phone Card Warehouse | $ 694,789.53 |
| SOS Telecom | $ 34,527.00 |
| Star Telecom | $ 334,884.81 |
| Sun Wholesale, Inc. | $ 24,271.02 |
| T-IN-T Market Inc. | $ 28,667.90 |
| Tri-Pillar, Inc. | $ 28,102.50 |
| Unitel (United Telecom) | $ 763,770.73 |
| Ve Nice Co. | $ 93,520.94 |
| Vertex (Newtel USA, Inc.) | $ 379,727.67 |
| **TOTAL** | **$15,176,864.99** |

Locus Telecommunications, Inc. v. United States
Nos. 05-1184T and 06-277T

SCHEDULE B
RECONCILIATION OF CLAIMS AND REFUNDS

COMMON TO
JOINT STIPULATIONS FOR PARTIAL DISMISSALS

Case No. 05-01184T:

| | |
|---|---|
| Amended Total Refund Claimed | $9,287,877.88 |
| IRS Total Amount Refunded | 8,081,631.67 |
| IRS Credit | 25,316.25 |
| Total Remaining Amount in Controversy | $1,180,929.95 |

Case No. 06-277T:

| | |
|---|---|
| Amended Total Refund Claimed | $8,611,011.54 |
| IRS Total Amount Refunded | 6,641,698.31 |
| Total Remaining Amount in Controversy | $1,969,313.23 |

Combined Analysis-Remaining Amounts in Controversy:

| | |
|---|---|
| Total Remaining Amount in Controversy-1184T | $1,180,929.95 |
| Total Remaining Amount in Controversy – 0277T | 1,969,313.23 |
| Grand Total Remaining Amount in Controversy | $3,150,243.18 |