# In the United States Court of Federal Claims

No. 06-277T
(Filed January 25, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *

**LOCUS TELECOMMUNICATIONS, INC.**,

Plaintiff,

v.

**THE UNITED STATES**,

Defendant,

* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the parties' joint status report and their joint stipulation for a partial dismissal of proceedings. According to the parties, the Internal Revenue Service has issued a refund of $6,641,698.31 from claims totaling $8,611,011.54. The parties move to continue the suspension of proceedings for an additional ninety days so that settlement may be pursued regarding the remaining $1,969,313.23 in controversy. The motion is hereby **GRANTED**. The case is **STAYED** until **April 21, 2008**, and the parties shall file a joint status report on or by that date.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge