# In the United States Court of Federal Claims

No. 06-277T
(Filed April 24, 2008)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * | * |
| | * |
| **LOCUS TELECOMMUNICATIONS, INC.**, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES**, | * |
| | * |
| Defendant, | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

The Court has reviewed the parties' joint status report of April 21, 2008. According to the parties, of claims totaling $8,611,011.54, the amount of $1,969,313.23 still remains in controversy; plaintiff has recently filed documentation and certifications with defendant to support its right to a refund of that amount. The parties move to continue the suspension of proceedings for an additional ninety days so that settlement may be pursued regarding the remaining $1,969,313.23 in controversy. The motion is hereby **GRANTED**. The case is **STAYED** until **July 21, 2008**, and the parties shall file a joint status report on or by that date.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge