IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-277 T
(Judge Wolski)

LOCUS TELECOMMUNICATIONS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

STATUS REPORT

Pursuant to the Court's Order of April 24, 2008, defendant respectfully submits the following status report. [1]

Despite diligent efforts, the parties to date have not been able to reach a settlement in this case. In addition, on July 16, 2008, KDI Distribution, Inc., filed a motion to intervene in this case on the grounds that it has a right to a refund of a portion of the same communications excise tax that plaintiff seeks in this case. At this juncture, the parties' attorneys have not had an opportunity to discuss how this case should proceed. Accordingly, defendant requests that the Court allow the parties to file a joint status report on or before August 1, 2008, to recommend further proceedings in this case.

[1] Plaintiff's counsel, Charles H. Helein, has been on travel outside the country and could not be consulted in order to prepare a joint status report. Accordingly, defendant files this individual report in the stead of a joint report.

Respectfully submitted,

s/*G. Robson Stewart*

G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
(202) 307-6493

NATHAN J. HOCHMAN
Assistant Attorney General
STEVEN I. FRAHM
Assistant Chief
Court of Federal Claims Section

July 21, 2008

s/*Steven I. Frahm*
Of Counsel

Attorneys for Defendant