# In the United States Court of Federal Claims

No. 06-277T
(Filed July 22, 2008)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * | * |
| | * |
| **LOCUS TELECOMMUNICATIONS, INC.**, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES**, | * |
| | * |
| Defendant, | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

The Court has reviewed defendant's status report of July 21, 2008, submitted in lieu of the joint status report due under the Court's April 24, 2008 order. Because plaintiff's counsel is apparently traveling abroad and could not be reached, defendant requests that the Court allow the parties to file a joint status report on or before August 1, 2008 to recommend further proceedings. Issues include the parties' ongoing settlement efforts, and the recent motion to intervene by KDI Distribution, Inc. The request is hereby **GRANTED**. The parties shall file a joint status report on or by **August 1, 2008**. The case remains **STAYED** through that date.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge