IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-277 T
(Judge Wolski)

LOCUS TELECOMMUNICATIONS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

# JOINT STATUS REPORT

Pursuant to the Court's Order of July 22, 2008, the parties respectfully submit this joint status report.

A significant portion of the claims in this case were settled and on January 22, 2008, the parties filed a joint stipulation for partial dismissal with respect to the portion of the claims settled. The remaining amount in controversy is $1,969,313.13. Counsel for the parties attempted to settle this remaining amount, but have not been able to reach a resolution. Accordingly, the parties intend to submit cross-motions for summary judgment with respect to the issues presented by the remaining amount in controversy. Plaintiff will file its initial motion for summary judgment on September 15, 2008, and subsequent briefing will be governed by the Rules of the Court of Federal Claims. In addition, the parties will be filing, on or before August 4, 2008, their responses to the motion to intervene filed by KDI Distribution, Inc.

Respectfully submitted,

*s/Charles H. Helein*[1]
CHARLES H. HELEIN
Helein & Marashlian, LLC
The CommLaw Group
1483 Chain Bridge Road, Suite 301
McLean, VA 22101
(703) 714-1300
(703) 714-1330 (fax)

Attorney for Plaintiff

August 1, 2008
Date

*s/G. Robson Stewart*
G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

NATHAN J. HOCHMAN
Assistant Attorney General
STEVEN I. FRAHM
Acting Chief
Court of Federal Claims Section

*s/Steven I. Frahm*
Of Counsel

Attorneys for Defendant

August 1, 2008
Date

[1] Plaintiff's counsel, Charles H. Helein, has authorized defendant's attorney, G. Robson Stewart, to e-sign this Joint Status Report on his behalf.