# In the United States Court of Federal Claims

* * * * * * * *

LOCUS TELECOMMUNICATIONS, INC., *

Plaintiff, * No. 05-1184T, 06-277T

v. * Filed: September 10, 2008

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

**ORDER**

Plaintiff filed an unopposed motion to consolidate Case No. 05-1184T and Case No. 06-277T pursuant to RCFC 42(a). Both actions involve a common question of law and fact. It serves the interests of this court and both parties to consolidate these cases to avoid unnecessary costs or delay. The Clerk will consolidate these cases according to RCFC 42(a).

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge